DAVIDOFF HUTCHER & CITRON LLP
*Proposed Attorneys for the Debtors*
605 Third Avenue
New York, New York 10158
(212) 557-7200
Robert L. Rattet, Esq.
Derek A. Wolman, Esq.
Jonathan S. Pasternak, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re:                                                                              Chapter 11

URBAN COMMONS 2 WEST LLC                         Case Nos. 22-11509 (PB)
URBAN COMMONS 2 WEST II LLC                     22-11510
URBAN COMMONS 2 WEST III LLC                    22-11511
URBAN COMMONS 2 WEST IV LLC                    22-11512
URBAN COMMONS OPERATING TENANT LLC   22-11513



                                              Debtors.
-------------------------------------------------------------X

## APPLICATION FOR ORDER EXTENDING TIME FOR FILING SCHEDULE OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

**TO:   THE HONORABLE PHILIP BENTLEY,**
         **UNITED STATES BANKRUPTCY JUDGE:**

The above-captioned debtors and debtors-in-possession (the "Debtors"), by their proposed attorneys, Davidoff Hutcher & Citron LLP hereby submit this application (the "Application") for entry of an order extending the Debtors' time to file their Schedules of Assets and Liabilities and Statement of Financial Affairs (collectively, the "Schedules"). In support of this Application, the Debtors respectfully state as follows:

**Jurisdiction**

1. The Court has jurisdiction over this Application under 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue of this proceeding and this Application in this District is proper under 28 U.S.C. §§ 1408 and 1409.

2. The statutory bases for the relief requested herein are §§ 521 of Title 11 of the United States Code, 11 U.S.C. §§101, et seq. (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

**Background**

3. On November 15, 2022 (the "Filing Date"), each of the Debtors filed a voluntary petition for reorganization pursuant to Chapter 11 of the Bankruptcy.

4. Each Debtor has been continued in possession of its business and management of its business affairs pursuant to §§ 1107 and 1108 of the Bankruptcy Code.

5. The Debtors have heretofore filed an application seeking joint administration of the Debtors' Chapter 11 cases.

6. No trustee, examiner or creditors' committee has been heretofore appointed in these proceedings.

7. The Debtors are operated by experienced real estate developers and hoteliers who have owned and operated over 20 hotels with a combined valuation of over $1.5 billion. The Debtors focus on repositioning hotels whereby they identify an underperforming hotel, rebrand it, and then modernize it through design upgrades, property improvements, and service enhancements such as, inter alia, connecting it to new management software and international hospitality networks to expand recognition nationally and internationally, as well as streamline the booking process.

8. The Debtors commonly own and operate the hotel located at 2 West Street, New York, New York (the "Hotel").

## RELIEF REQUESTED

9. As a result of numerous factors including the consolidated nature of the Debtors' financial affairs and the complexity of the debt and capital structures, the Debtors do not expect to be able to file completed Statement of Financial Affairs and the Schedule of Assets and Liabilities within the requisite fourteen (14) days.

10. The Debtors' books and records, which are needed to complete the schedules, are currently being reviewed by the Debtors, together with counsel, in order to gather and analyze the information needed to file the Schedules. The Debtors expect to have all necessary information to enable them to complete the preparation of the aforementioned schedules by December 15, 2022, and thus the Debtors desire an extension of time until such date within which to complete and file its Statement of Financial Affairs and Schedule of Assets and Liabilities.

11. No prior request for the relief sought herein has been made heretofore.

**WHEREFORE,** the Debtors respectfully request that the Court enter the pre-fixed Order extending to and until December 15, 2022, the date by which the Debtors' Statement of Financial Affairs and Schedule of Assets and Liabilities must be filed herein, and for such other and further relief as is just and proper under the circumstances.

Dated:   New York, New York
         November 16, 2022

DAVIDOFF HUTCHER & CITRON LLP
*Proposed Attorneys for the Debtors*
605 Third Avenue
New York, New York 10158
(212) 557-7200

By: */s/ Robert L. Rattet, Esq.*
Robert L. Rattet, Esq.