# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br>Urban Commons 2 West LLC | CASE NO: 22-11509<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 2/3/2023, I did cause a copy of the following documents, described below,

Notice of Presentment of Motion for an Order Establishing Deadline for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof

Debtors' Motion for an Order Establishing Deadline for Filing Proofs of Claims and Approving the Form and Manner of Notice Thereof

Exhibit A: Order Establishing Deadline for Filing Proofs of Claims and Approving the Form and Manner of Notice Thereof

Exhibit B: Notice of Deadline Requiring Filing of Proofs of Claim On Or Before April 17, 2023

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/3/2023

/s/ Max C. DuVal
Max C. DuVal  5925674

Davidoff Hutcher & Citron LLP
120 Bloomingdale Road, Suite 100
White Plains, NY  10605
212 557 7200
ms@dhclegal.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>Urban Commons 2 West LLC | CASE NO: 22-11509<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 11 |

On 2/3/2023, a copy of the following documents, described below,

Notice of Presentment of Motion for an Order Establishing Deadline for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof

Debtors' Motion for an Order Establishing Deadline for Filing Proofs of Claims and Approving the Form and Manner of Notice Thereof

Exhibit A: Order Establishing Deadline for Filing Proofs of Claims and Approving the Form and Manner of Notice Thereof

Exhibit B: Notice of Deadline Requiring Filing of Proofs of Claim On Or Before April 17, 2023

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/3/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Max C. DuVal
Davidoff Hutcher & Citron LLP
120 Bloomingdale Road, Suite 100
White Plains, NY  10605

USPS FIRST CLASS MAIL ON RECIPIENTS.
Parties whose names are struck through were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| CITY OF NY DEPT. OF FINANCE<br>66 JOHN STREET, ROOM 104<br>NEW YORK, NY 10038 | CORPORATION COUNSEL<br>BANKRUPTCY LITIGATION DEPT.<br>100 CHURCH STREET, RM. 5-240<br>NEW YORK, NY 10007 | DIRECT ENERGY BUSINESS<br>1001 LIBERTY AVENUE<br>PITTSBURGH, PA 15222 |
| ERJMJ INVESTMENTS, LP<br>C/O LOFTIN BEDELL, P.C.<br>2540 GATEWAY ROAD<br>CARLSBAD, CA 92009 | GALAXY INVESTMENT CAPITAL INC.<br>81 N. MENTOR AVENUE<br>PASADENA, CA 91106 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>2970 MARKET STREET<br>PHILADELPHIA, PA 19104 |
| INTERSERV LP<br>5900 CANOGA AVE., STE. 450<br>WOODLAND HILLS, CA 91367 | KONE INC.<br>4225 NAPERVILLE ROAD, STE. 400<br>LISLE, IL 60532 | LANDMARK VENTURES (USA) INC.<br>475 PARK AVENUE SOUTH, 25TH FL.<br>NEW YORK, NY 10016 |
| LOMBARDO BUILDING & DEVELOPMENT GROUP<br>2310 JERICHO TPKE., STE. 108<br>NEW HYDE PARK, NY 11040 | MATCO SERVICE CORPORATION<br>584 MINEOLA AVENUE<br>CARLE PLACE, NY 11514 | MILLENNIUM BPC DEVELOPMENT, LLC<br>1995 BROADWAY<br>NEW YORK, NY 10023 |
| NYC ENVIRONMENTAL CONTROL BOARD<br>66TH JOHN STREET, 10TH FLOOR<br>NEW YORK, NY 10038 | NYS DEPT. OF TAXATION & FINANCE<br>ATTN: OFFICE OF COUNSEL, BLDG. 9<br>W.A. HARRIMAN STATE CAMPUS<br>ALBANY, NY 12227 | NYS DEPT. OF LABOR<br>INSOLVENCY UNIT<br>BUILDING 12, ROOM 256<br>W.A. HARRIMAN STATE CAMPUS<br>ALBANY, NY 12240 |
| RESIDENTIAL BOARD OF MANAGERS OF MPC<br>C/O HILLER, P.C.<br>ATTN: MICHAEL S. HILLER, ESQ.<br>641 LEXINGTON AVENUE<br>NEW YORK, NY 10022 | VIK XS SERVICES, INC.<br>26 JOURNAL SQUARE PLAZA, STE. 505<br>JERSEY CITY, NJ 07306 | WEST BAY CAPITAL, LLC<br>222 N. PACIFIC COAST HWY., STE. 1780<br>EL SEGUNDO, CA 90245 |
| WIMBERLY ALLISON TONG & GOO, INC.<br>300 SPECTRUM CENTER DRIVE, STE. 500<br>IRVINE, CA 92618 | MARRIOTT INTERNATIONAL, INC.<br>C/O SHEPPARD, MULLIN, RICHTER & HAMPTON<br>ATTN: MICHAEL DRISCOLL, ESQ.<br>30 ROCKEFELLER PLAZA<br>NEW YORK, NY 10112-0015 | |

DAVIDOFF HUTCHER & CITRON, LLP
*Attorneys for the Debtors*
120 Bloomingdale Road, Suite 100
White Plains, NY 10605
(914) 381-7400
Robert L. Rattet, Esq.
Jonathan S. Pasternak, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | |
|---|---|
| In Re: | Chapter 11 |
| URBAN COMMONS 2 WEST LLC., [1] | Lead Case No.: 22- 11509 (PB) |
| Debtors. | (Jointly Administered) |

---------------------------------------------------------------x

## AFFIDAVIT OF ELECTRONIC SERVICE

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF WESTCHESTER      )

Melanie M. Spencer, being duly sworn, deposes:

I am not a party to the action, am over 18 years of age and am an employee of the law firm of Davidoff Hutcher & Citron, LLP, 120 Bloomingdale Road, Suite 100, White Plains, NY 10605.

On the 3rd day of February 2023, Deponent served a copy of the following: *Notice of Presentment of Motion for an Order Establishing Deadline for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof, Debtor's Motion for an Order Establishing Deadline for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof, Exhibit A: Order Establishing Deadline for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof,* and *Exhibit B: Notice of Deadline Requiring Filing of Proofs of Claim On Or Before April 17, 2023* upon the parties listed on the below Schedule via email delivery:

---

[1] Jointly administered with Urban Commons 2 West II LLC, Urban Commons 2 West III LLC, Urban Commons 2 West IV LLC, and Urban Commons 2 West Operating Tenant LLC.

**ELECTRONIC DELIVERY SERVICE LIST**

| | |
|---|---|
| Dan Morisake | Morisaku@Ichigo.gr.jp |
| Hakan Ozakbas | hozakbas@lhw.com |
| Kathleen M. Aiello | KAiello@Klestadt.com |
| Leslie S. Barr | lbarr@windelsmarx.com, |
| James B. Glucksman | jbg@dhclegal.com |
| Tracy L. Klestadt | tklestadt@klestadt.com |
| Michael Kwiatkowski | mkwiatkowski@cullenanddykman.com |
| Avery S Mehlman | amehlman@herrick.com |
| Devin William Ness | dness@herrick.com |
| Barry N. Saltzman | bsaltzman@pittalaw.com |
| Steven B. Smith | ssmith@herrick.com |
| Silvia A Stockman | sstockman@herrick.com |
| Mark Tsukerman | mtsukerman@coleschotz.com |
| Enid Nagler Stuart | enid.stuart@ag.ny.gov |
| Tara Tiantian | tara.tiantian@usdoj.gov |
| United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |
| Jennifer Rodburg | jennifer.rodburg@friedfrank.com |
| Sameer Alifarag | salifarag@pryorcashman.com |
| Melissa Pierce | melissa@gmhatlaw.com |
| Brian Powers | BPowers@SilvermanAcampora.com; |
| Ronald Friedman | Rfriedman@SilvermanAcampora.com |
| Michael Driscoll | MDriscoll@sheppardmullin.com |
| Roye Zur | rzur@elkinskalt.com |
| Richard Seltzer | rseltzer@cwsny.com |

                                             */s/ Melanie M. Spencer*
                                                 Melanie M. Spencer

Sworn to before me this
3rd day of February, 2023

*/s/ James Glucksman*
    James Glucksman
    Notary Public ~ State of New York