DAVIDOFF HUTCHER & CITRON LLP
*Attorneys for the Debtors*
605 Third Avenue
New York, New York 10158
(212) 557-7400
Robert L. Rattet, Esq.
Derek A. Wolman, Esq.
Jonathan S. Pasternak, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In Re:                                              Chapter 11

URBAN COMMONS 2 WEST LLC, ET AL.,[1]                Lead Case No.: 22-11509 (PB)
                                                    (Jointly Administered)

                        Debtors.
----------------------------------------------------------X

# NOTICE OF THIRD MONTHLY FEE STATEMENT OF DAVIDOFF HUTCHER & CITRON LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS COUNSEL TO THE DEBTORS FOR PERIOD FROM MARCH 1, 2023 <u>THROUGH MARCH 31, 2023</u>

| | |
|---|---|
| Name of Applicant: | Davidoff Hutcher & Citron LLP, Attorneys for the Debtors |
| Date of Retention | December 16, 2022, effective as of the Petition Date, November 15, 2022 |
| Period for Which Fees and Expenses are Incurred: | March 1, 2023 through March 31, 2023 |

---

[1] *Jointly administered with Urban Commons 2 West II LLC (Tax ID: **-***7987), Urban Commons 2 West III LLC (Tax ID: **-***3270), Urban Commons 2 West IV LLC (Tax ID: **-***8418), and Urban Commons 2 West Operating Tenant LLC (Tax ID: **-***0849).*

1

| | |
|---|---|
| Monthly Fees Incurred: | $73,943.50 |
| Less 20% Holdback: | $14,788.70 |
| Total Fees Incurred Less 20% Holdback | $59,154.80 |
| Monthly Expenses Incurred: | $1,257.97 |
| Total Fees (80%) and Expenses Due: | $60,412.77 |

This is a(n)   __X__ Monthly        _____ Interim        _____ Final Fee Application

In accordance with the *Order Establishing Procedures for Monthly Compensation and Reimbursement of Expenses of Professionals* [Docket No. 132] (the "Monthly Compensation Order")[2], Davidoff Hutcher & Citron LLP ("DHC") hereby submits this SECOND monthly statement (the "Monthly Statement"), seeking compensation for services rendered and reimbursement of expenses incurred as counsel to the Debtors, for the period from March 1, 2023 through March 31, 2023 (the "Compensation Period"). By this Monthly Statement, DHC seeks payment in the amount of $60,412.77, which comprises (i) 80% of the total amount of compensation sought for actual and necessary services rendered during the Monthly Period and (ii) reimbursement of 100% of actual and necessary expenses incurred in connection with such services.

## SERVICES RENDERED AND EXPENSES INCURRED

1.  Attached hereto as Exhibit A is a summary of DHC professionals by individual, setting forth the (a) name and title of each individual who provided services during the Monthly Period, (b) aggregate hours spent by each individual, (c) hourly billing rate for each such individual at DHC's current billing rates, and (d) amount of fees billed by each DHC professional. The blended hourly billing rate of DHC timekeepers during the Monthly Period is approximately $711.68.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings as set forth in the Monthly Compensation Order.

2

2. Attached hereto as <u>Exhibit B</u> are itemized time records including a summary of the services rendered and compensation sought, by project category, for the Monthly Period.

3. Attached hereto as <u>Exhibit C</u> is an itemized record of all expenses for the Monthly Period.

**<u>NOTICE AND OBJECTION PROCEDURES</u>**

4. Notice of this Monthly Statement shall be given by electronic or overnight delivery upon:

   a. The Debtors' Chief Restructuring Officer;

   b. William K. Harrington, United States Trustee, U.S. Department of Justice, Office of the U.S. Trustee, One Bowling Green, Rm 534, New York, NY 10004 (Attn.: Tara Tiantian, Esq.), email:tara.tiantian@usdoj.gov;

   c. counsel to BPC Lender LLC and BPC DIP Lender, LLC, Herrick Feinstein (Attn: Steven Smith, Esq.,) email: ssmith@herrick.com; and

   d. parties that have requested notice pursuant to Bankruptcy Rule 2002 (each, a "<u>Notice Party</u>", and collectively, the "<u>Notice Parties</u>").

5. Objections to this Monthly Statement, if any, must be served upon the Notice Parties, and by email, hand, or overnight delivery upon Davidoff Hutcher & Citron LLP, Attn: Robert L. Rattet, Esq. (rlr@dhclegal.com) and Jonathan S. Pasternak, Esq. (jsp@dhclegal.com) no later than 14 days after the date of this Notice at 4:00 p.m. (Prevailing Eastern Time) (the "Objection Deadline"), setting forth the nature of the objection and the specific amount of fees or expenses at issue.

6.      If no objections to this Monthly Statement are received by the Objection Deadline, the Debtors shall promptly pay DHC 80% of the fees and 100% of the expenses identified in this Monthly Statement.

Dated: New York, New York
       April 6, 2023

>  DAVIDOFF HUTCHER & CITRON LLP
>  *Attorneys for the Debtors*
>  605 Third Avenue
>  New York, New York 10158
>  (212) 557-7400
>
>  *By: /s/ Robert L. Rattet*
>  Robert L. Rattet, Esq.
>  Derek A. Wolman, Esq.
>  Jonathan S. Pasternak, Esq.

**EXHIBIT A – SUMMARY OF FEES BY PROFESSIONAL**

| NAME OF PROFESSIONAL | TITLE | RATE | HOURS | FEE |
|---|---|---|---|---|
| Robert L. Rattet | Partner | $775 | 12.9 | $9,997.50 |
| Derek A. Wolman | Partner | $750 | 20.3 | $15,225.00 |
| Jonathan S. Pasternak | Partner | $750 | 41.1 | $30,825.00 |
| William P. Walzer | Partner | $750 | 15.0 | $11,250.00 |
| James Glucksman | Of Counsel | $545 | .8 | $436.00 |
| Max Duval | Associate | $450 | 13.8 | $6,210.00 |
| Melanie Spencer | Paralegal | $265 | 0 | $0 |
| | | | 103.9 | $73,943.50 |

**BLENDED HOURLY RATE:** $711.68