UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

| | |
|---|---|
| In Re: | Chapter 11 |
| URBAN COMMONS 2 WEST LLC, ET AL.,[1] | Lead Case No.: 22-11509 (PB) (Jointly Administered) |
| Debtors. | **Objection Deadline: May 22, 2023 at 4:00 p.m.** |

------------------------------------------------------------X

### FIFTH STAFFING AND COMPENSATION REPORT BY GETZLER HENRICH & ASSOCIATES LLC FOR THE PERIOD MARCH 1, 2023 THROUGH MARCH 31, 2023

| | |
|---|---|
| Name of Applicant: | Getzler Henrich & Associates LLC |
| Date of Retention: | December 8, 2022, *nunc pro tunc* to November 21, 2022 |
| Period for which compensation and reimbursement is sought: | March 1, 2023 through March 31, 2023 |
| Amount of compensation sought as actual, reasonable, and necessary: | $35,607.50 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |

Additional detail is attached hereto as:

Exhibit A – Summary of Compensation and Expenses
Exhibit B – Summary of Hours and Fees Incurred by Category
Exhibit C – Detailed Time Descriptions by Category by Professional

---

[1] *Jointly administered with Urban Commons 2 West II LLC (Tax ID: **-***7987), Urban Commons 2 West III LLC (Tax ID: **-***3270), Urban Commons 2 West IV LLC (Tax ID: **-***8418), and Urban Commons 2 West Operating Tenant LLC (Tax ID: **-***0849), with a shared mailing address of 3334 East Coast Highway, No. 350, Corona Del Mar, CA 92625.*

1

Getzler Henrich & Associates, LLC ("Getzler Henrich") hereby provides its Fifth staffing and compensation report for the period March 1, 2023 through March 31, 2023 (the "Fifth Staffing and Compensation Report" and the "Fifth Staffing and Compensation Report Period") in accordance with the *Order Granting Debtors' Application to (I) Employ and Retain Getzler Henrich & Associates LLC Effective as of November 21, 2022, (II) Affirm Designation of Mark D. Podgainy as Chief Restructuring Officer Effective as of November 21, 2022, and (III) Employ and Retain Bernard A. Katz as Independent Manager of the Debtors* [Docket No. 60] (the "Retention Order").

As set forth in the Fourth Staffing and Compensation Report, Getzler Henrich incurred $35,607.50 in aggregate compensation and $0.00 for actual and necessary expenses during the Fourth Staffing and Compensation Report Period.

WHEREFORE, pursuant to the Retention Order, Getzler Henrich hereby submits its Fifth Staffing and Compensation Report for the Fifth Staffing and Compensation Report Period.

Dated: New York, New York
      May 2, 2023

                              By:*/s/ Mark D. Podgainy*
                              Name: Mark D. Podgainy
                              Title:   Managing Director
                                      Getzler Henrich & Associates LLC
                                      mpodgainy@getzlerhenrich.com
                                      212-540-4482



May 2, 2023

ATTN: Bernie Katz
Urban Commons 2 West LLC , *et al.* , Case #22-11509
3334 E. Coast Hwy #350
Corona Del Mar, CA 92625

## Urban Commons 2 West LLC , *et al.*
## EXHIBIT A

CONSULTING SERVICES RENDERED MARCH 1, 2023 - MARCH 31, 2023

| | |
|---|---:|
| **TOTAL FEES:** | $35,607.50 |
| **TOTAL EXPENSES:** | $0.00 |
| **GRAND TOTAL:** | **$35,607.50** |

| STAFF MEMBER | HOURS | RATE2 | TOTAL |
|---|---:|---:|---:|
| Mark Podgainy | 49.9 | $675.00 | $33,682.50 |
| Jake Ringelstein | 5.5 | 350 | $1,925.00 |
| **TOTAL** | **55.4** | **$642.73** | **$35,607.50** |

Getzler Henrich & Associates LLC, 295 Madison Avenue, 20th Floor, New York, NY 10017



May 2, 2023

ATTN: Bernie Katz
Urban Commons 2 West LLC , *et al.* , Case #22-11509
3334 E. Coast Hwy #350
Corona Del Mar, CA 92625

**Urban Commons 2 West LLC , *et al.*
EXHIBIT B**

| ACTIVITY | HOURS | TOTAL |
|---|---:|---:|
| Business Operations | 9.8 | $6,615.00 |
| Cash Flow & Financial Projections | 3.0 | $2,025.00 |
| Cash Management/Analysis | 7.2 | $4,860.00 |
| Claims Administration and Objections | 0.3 | $202.50 |
| Employment and Fee Applications | 2.0 | $1,350.00 |
| Financing and Cash Collateral | 3.6 | $2,430.00 |
| Meetings and Communications with Creditors | 3.8 | $2,565.00 |
| Plan and Disclosure Statement | 4.8 | $3,240.00 |
| Reporting | 9.1 | $4,355.00 |
| Sale of Business and Related Issues | 11.8 | $7,965.00 |
| **FEES BY ACTIVITY** | **55.4** | **$35,607.50** |



May 2, 2023

ATTN: Bernie Katz
Urban Commons 2 West LLC, *et al.*, Case #22-11509
3334 E. Coast Hwy #350
Corona Del Mar, CA 92625

## Urban Commons 2 West LLC, *et al.*
### EXHIBIT C

| Staff Member | Category | Date | Quantity | Bill Rate | Billable ($) | Notes |
|---|---|---|---|---|---|---|
| Mark Podgainy | Business Operations | 3/1/23 | 1.2 | $675.00 | $810.00 | Review of PCR 1.0 and related correspondence w/ S Bacchus .1 and K San Felippo .1 |
| Mark Podgainy | Business Operations | 3/2/23 | 0.4 | $675.00 | $270.00 | Attended to correspondence w/ J MacAvoy, M Nakley, C Kang, T Klestadt and J Pasternak re: Cushman & Wakefield engagement letter and related retainer |
| Mark Podgainy | Business Operations | 3/2/23 | 0.2 | $675.00 | $135.00 | Reviewed revised C&W engagement letter |
| Mark Podgainy | Business Operations | 3/2/23 | 0.1 | $675.00 | $67.50 | Correspondence w/ AEI re: PCR |
| Mark Podgainy | Business Operations | 3/3/23 | 0.8 | $675.00 | $540.00 | Preparation for .3 and participation .5 on tele conv w/ AEI re: PCR draft |
| Mark Podgainy | Business Operations | 3/3/23 | 0.6 | $675.00 | $405.00 | Attended to correspondence w/ J MacAvoy, K Aiello, J Pasternak, M Nakleh and T Klestadt re: C&W engagement letter changes and execution of signature pages and deposit |
| Mark Podgainy | Business Operations | 3/3/23 | 0.4 | $675.00 | $270.00 | Added to edits of AEI report and scanned and sent to AEI |
| Mark Podgainy | Business Operations | 3/4/23 | 0.3 | $675.00 | $202.50 | Review revised C&W appraisal engagement letter and executed .2; related correspondence w/ J Pasternak .1 |
| Mark Podgainy | Business Operations | 3/6/23 | 0.2 | $675.00 | $135.00 | Call w/ AEI re: changes to the PCR |
| Mark Podgainy | Business Operations | 3/6/23 | 0.1 | $675.00 | $67.50 | Correspondence w/ K Aiello and M Nakleh re: C and W engagement letter |
| Mark Podgainy | Business Operations | 3/6/23 | 0.1 | $675.00 | $67.50 | Correspondence w/ M Nakleh and J Pasternak re: C&W engagement letter |
| Mark Podgainy | Business Operations | 3/7/23 | 0.3 | $675.00 | $202.50 | Execute revised C&W engagement letter .1 and related correspondence w/ K Aiello, A Heymann, and J Pasternak .2 |
| Mark Podgainy | Business Operations | 3/8/23 | 0.1 | $675.00 | $67.50 | Follow up with AEI re: finalized report |
| Mark Podgainy | Business Operations | 3/8/23 | 0.1 | $675.00 | $67.50 | Correspondence w/ J Pasternak re: C&W signature |
| Mark Podgainy | Business Operations | 3/8/23 | 0.1 | $675.00 | $67.50 | Correspondence w/ C Kang of JLL re: additional costs due to C&W engagement |
| Mark Podgainy | Business Operations | 3/9/23 | 0.1 | $675.00 | $67.50 | Correspondence w/ AEI re: report status |
| Mark Podgainy | Business Operations | 3/9/23 | 0.2 | $675.00 | $135.00 | Review of insurance certificate .1 and related correspondence w/ Marsh and US Trustee's office .1 |
| Mark Podgainy | Business Operations | 3/10/23 | 0.4 | $675.00 | $270.00 | Discussions w/ K Aiello and J Pasternak re: BPCA appraisal memo |
| Mark Podgainy | Business Operations | 3/10/23 | 0.6 | $675.00 | $405.00 | Attend to correspondence w/ A Heymann, K Aiello, J Pasternak and C Kang re: BPCA appraisal memo |
| Mark Podgainy | Business Operations | 3/10/23 | 0.3 | $675.00 | $202.50 | Review of BPCA appraisal memo |
| Mark Podgainy | Business Operations | 3/10/23 | 0.4 | $675.00 | $270.00 | Review of revised AEI report and identify further edits |
| Mark Podgainy | Business Operations | 3/10/23 | 0.1 | $675.00 | $67.50 | Tele conv w/ AEI re: changes to PCR and timing of revised report |
| Mark Podgainy | Business Operations | 3/13/23 | 0.2 | $675.00 | $135.00 | Tele conv w/ B Katz re: bank account, PCR and land appraisal |
| Mark Podgainy | Business Operations | 3/14/23 | 0.8 | $675.00 | $540.00 | Review of memo to appraisers .5 and related discussion w/ K Aiello .3 |
| Mark Podgainy | Business Operations | 3/14/23 | 0.2 | $675.00 | $135.00 | Correspondence re: memo to appraisers |
| Mark Podgainy | Business Operations | 3/14/23 | 0.8 | $675.00 | $540.00 | Call w/ J Pasternak, R Rattet, B Katz, K Aiello, T Klestadt, M Hiller re: land appraisal, proposed memo to appraisers, and related implications |
| Mark Podgainy | Business Operations | 3/15/23 | 0.5 | $675.00 | $337.50 | Review of memo to independent appraiser and related April 2022 BPCA Ground Reset Briefing |
| Mark Podgainy | Business Operations | 3/17/23 | 0.2 | $675.00 | $135.00 | Review of appraisers' decision re: land FMV .1 and related correspondence w/ counsel .1 |
| | **Business Operations Total** | | **9.8** | | **$6,615.00** | |

| Staff Member | Category | Date | Quantity | Bill Rate | Billable ($) | Notes |
|---|---|---|---|---|---|---|
| Mark Podgainy | Cash Flow & Financial Project | 3/1/23 | 0.2 | $675.00 | $135.00 | Attend to correspondence w/ J Pasternak and B Katz re: cash flow projection |
| Mark Podgainy | Cash Flow & Financial Project | 3/1/23 | 0.8 | $675.00 | $540.00 | Completed 13-week cash flow projection and sent to B Katz and J Pasternak |
| Mark Podgainy | Cash Flow & Financial Project | 3/2/23 | 0.7 | $675.00 | $472.50 | Call w/ J Pasternak and B Katz re: new DIP budget |
| Mark Podgainy | Cash Flow & Financial Project | 3/2/23 | 0.5 | $675.00 | $337.50 | Reviewed and revised second DIP budget draft based on discussion w/ J Pasternak and B Katz and sent to BPC DIP Lender |
| Mark Podgainy | Cash Flow & Financial Project | 3/6/23 | 0.1 | $675.00 | $67.50 | Tele conv w/ B Katz re: draft second DIP budget |
| Mark Podgainy | Cash Flow & Financial Project | 3/6/23 | 0.7 | $675.00 | $472.50 | Preparation of DIP AvB for the weeks ended 2/25 and 3/4, and send to lender |
| | **Cash Flow & Financial Projections Total** | | **3.0** | | **$2,025.00** | |
| Mark Podgainy | Cash Management/Analysis | 3/1/23 | 0.1 | $675.00 | $67.50 | Correspondence w/ A Ogunleye re: UST fees payment |
| Mark Podgainy | Cash Management/Analysis | 3/1/23 | 0.4 | $675.00 | $270.00 | Prepared and sent payments to UST re: Q4 2022 UST fees |
| Mark Podgainy | Cash Management/Analysis | 3/2/23 | 0.5 | $675.00 | $337.50 | Prepared wire request forms .2 and related calls w/ Signature Bank .2 and with Cushman & Wakefield .1 |
| Mark Podgainy | Cash Management/Analysis | 3/8/23 | 0.1 | $675.00 | $67.50 | Review of DHC February fee statement |
| Mark Podgainy | Cash Management/Analysis | 3/8/23 | 0.1 | $675.00 | $67.50 | Review of bank account status to confirm receipt of draw wire |
| Mark Podgainy | Cash Management/Analysis | 3/9/23 | 0.2 | $675.00 | $135.00 | Preparation of wire requests for payments |
| Mark Podgainy | Cash Management/Analysis | 3/9/23 | 0.1 | $675.00 | $67.50 | Correspondence w/ Signature Bank re: approval of presented check |
| Mark Podgainy | Cash Management/Analysis | 3/10/23 | 0.2 | $675.00 | $135.00 | Call w/ S Bacchus re: residential condo invoices |
| Mark Podgainy | Cash Management/Analysis | 3/12/23 | 0.2 | $675.00 | $135.00 | Correspondence w/ J Pasternak re: changing bank account .1 and related correspondence w/ A Facciano .1 |
| Mark Podgainy | Cash Management/Analysis | 3/12/23 | 0.2 | $675.00 | $135.00 | Gather and send documents to open new account |
| Mark Podgainy | Cash Management/Analysis | 3/13/23 | 0.4 | $675.00 | $270.00 | Correspondence w/ C Essig, S Smith, T Tiantian and Stretto re: opening new bank account in light of Signature Bank issues |
| Mark Podgainy | Cash Management/Analysis | 3/14/23 | 0.2 | $675.00 | $135.00 | Initial review of residential condo invoices .1 and related correspondence w/ K Aiello .1 |
| Mark Podgainy | Cash Management/Analysis | 3/14/23 | 0.1 | $675.00 | $67.50 | Correspondence w/ M Whisby re: new account status |
| Mark Podgainy | Cash Management/Analysis | 3/15/23 | 0.1 | $675.00 | $67.50 | Correspondence w/ M Wisbey re: new bank account status |
| Mark Podgainy | Cash Management/Analysis | 3/16/23 | 0.2 | $675.00 | $135.00 | Correspondence w/ M Wisbey re: new East West bank account |
| Mark Podgainy | Cash Management/Analysis | 3/17/23 | 0.1 | $675.00 | $67.50 | Correspondence w/ M Wisbey re: bank account name change |
| Mark Podgainy | Cash Management/Analysis | 3/17/23 | 0.2 | $675.00 | $135.00 | Call .1 and correspondence .1 w/ AEI re: invoice and wiring instructions |
| Mark Podgainy | Cash Management/Analysis | 3/17/23 | 0.1 | $675.00 | $67.50 | Tele conv w/ B Katz re: US Trustee checks |
| Mark Podgainy | Cash Management/Analysis | 3/17/23 | 0.2 | $675.00 | $135.00 | Preparation of wire form for payment .1 and related tele conv w/ Signature re: wire confirmation .1; |
| Mark Podgainy | Cash Management/Analysis | 3/21/23 | 0.1 | $675.00 | $67.50 | Call w/ A Heymann re: approval of common charge invoices |
| Mark Podgainy | Cash Management/Analysis | 3/24/23 | 0.2 | $675.00 | $135.00 | Prepared wire request form and sent to Signature Bank .1 and related verbal confirmation of wire instructions .1 |
| Mark Podgainy | Cash Management/Analysis | 3/24/23 | 0.1 | $675.00 | $67.50 | Correspondence w/ S Bacchus re: residential condo invoices |
| Mark Podgainy | Cash Management/Analysis | 3/27/23 | 0.1 | $675.00 | $67.50 | Confirmed draw wire instructions with BPC Lender |
| Mark Podgainy | Cash Management/Analysis | 3/28/23 | 0.6 | $675.00 | $405.00 | Tele convs w/ S Bacchus re: review of residential condo invoice support .5 and related correspondence w/ S Bacchus and K Aiello .1 |
| Mark Podgainy | Cash Management/Analysis | 3/28/23 | 1.1 | $675.00 | $742.50 | Detailed review and analysis of residential condo invoices for November, December, January and February |
| Mark Podgainy | Cash Management/Analysis | 3/28/23 | 0.2 | $675.00 | $135.00 | Set up of software for new East West bank account |
| Mark Podgainy | Cash Management/Analysis | 3/28/23 | 0.2 | $675.00 | $135.00 | Prepared and signed wire form for payment |
| Mark Podgainy | Cash Management/Analysis | 3/29/23 | 0.2 | $675.00 | $135.00 | Correspondence w/ EastWest re: wire form .1 and related call re: confirmation .1 |
| Mark Podgainy | Cash Management/Analysis | 3/29/23 | 0.2 | $675.00 | $135.00 | Correspondence w/ T Tiantian and Signature Bank re: transition of banking to East West |
| Mark Podgainy | Cash Management/Analysis | 3/29/23 | 0.1 | $675.00 | $67.50 | Call w/ S Bacchus re: residential condo invoices change |
| Mark Podgainy | Cash Management/Analysis | 3/30/23 | 0.1 | $675.00 | $67.50 | Correspondence w/ S Bacchus and K Aiello re: residential condo invoices status |
| Mark Podgainy | Cash Management/Analysis | 3/31/23 | 0.2 | $675.00 | $135.00 | Review of Herrick legal fee summary .1 and related correspondence w/ J Pasternak and S Smith .1 |
| Mark Podgainy | Cash Management/Analysis | 3/31/23 | 0.1 | $675.00 | $67.50 | Follow up with S Bacchus re: residential condo invoices |
| | **Cash Management/Analysis Total** | | **7.2** | | **$4,860.00** | |
| Mark Podgainy | Claims Administration and Ob | 3/23/23 | 0.2 | $675.00 | $135.00 | Initial review of residential board cure statement |
| Mark Podgainy | Claims Administration and Ob | 3/24/23 | 0.1 | $675.00 | $67.50 | Correspondence w/ J Pasternak re: BPCA claim |

| Staff Member | Category | Date | Quantity | Bill Rate | Billable ($) | Notes |
|---|---|---|---|---|---|---|
| | Claims Administration and Objections Total | | 0.3 | | $202.50 | |
| Mark Podgainy | Employment and Fee Applica | 3/15/23 | 0.8 | $675.00 | $540.00 | Initial preparation of time and expense detail for February staffing report |
| Mark Podgainy | Employment and Fee Applica | 3/23/23 | 0.6 | $675.00 | $405.00 | Completed preparation of time and expense detail for February fee statement |
| Mark Podgainy | Employment and Fee Applica | 3/24/23 | 0.4 | $675.00 | $270.00 | Final preparation of February fee statement and sent to counsel for distribution |
| Mark Podgainy | Employment and Fee Applica | 3/27/23 | 0.2 | $675.00 | $135.00 | Review of staffing report revisions from counsel .1 and related correspondence .1 |
| | Employment and Fee Applications Total | | 2.0 | | $1,350.00 | |
| Mark Podgainy | Financing and Cash Collateral | 3/2/23 | 0.3 | $675.00 | $202.50 | Correspondence w/ C Essig re: DIP draw request .2 and related modification of DIP draw request .1 |
| Mark Podgainy | Financing and Cash Collateral | 3/6/23 | 0.3 | $675.00 | $202.50 | Preparation of sixth DIP draw and related documentation, and sent to lender |
| Mark Podgainy | Financing and Cash Collateral | 3/6/23 | 0.2 | $675.00 | $135.00 | Correspondence w/ C Essig and J Pasternak re: draft second DIP budget |
| Mark Podgainy | Financing and Cash Collateral | 3/7/23 | 0.5 | $675.00 | $337.50 | Call w C Essig re: draft second DIP budget |
| Mark Podgainy | Financing and Cash Collateral | 3/22/23 | 0.1 | $675.00 | $67.50 | Call w/ C Essig re: DIP budget |
| Mark Podgainy | Financing and Cash Collateral | 3/24/23 | 1.2 | $675.00 | $810.00 | Prepared variance reports for the weeks ended 3/11 and 3/18 and sent to BPC Lender |
| Mark Podgainy | Financing and Cash Collateral | 3/24/23 | 0.4 | $675.00 | $270.00 | Prepared DIP loan draw request and sent to DIP lender |
| Mark Podgainy | Financing and Cash Collateral | 3/27/23 | 0.2 | $675.00 | $135.00 | Correspondence w/ C Essig re: supporting documentation for DIP draw |
| Mark Podgainy | Financing and Cash Collateral | 3/28/23 | 0.1 | $675.00 | $67.50 | Correspondence w/ C Essig and J Pasternak re: review of DHC fees |
| Mark Podgainy | Financing and Cash Collateral | 3/29/23 | 0.2 | $675.00 | $135.00 | Correspondence w/ C Essig re: insurance issues |
| Mark Podgainy | Financing and Cash Collateral | 3/31/23 | 0.1 | $675.00 | $67.50 | Correspondence w/ C Essig re: DIP budget |
| | Financing and Cash Collateral Total | | 3.6 | | $2,430.00 | |
| Mark Podgainy | Meetings and Communicatio | 3/2/23 | 0.5 | $675.00 | $337.50 | Call w/ counsel, B Katz and union re: plan and sale process |
| Mark Podgainy | Meetings and Communicatio | 3/7/23 | 0.2 | $675.00 | $135.00 | Correspondence w/ J MacAvoy, C Kang, A Heymann and J Pasternak re: order referenced in JLL appraisal |
| Mark Podgainy | Meetings and Communicatio | 3/15/23 | 0.1 | $675.00 | $67.50 | Correspondence w/ J Pasternak re: update on Plan discussions with BPC Lender |
| Mark Podgainy | Meetings and Communicatio | 3/16/23 | 0.1 | $675.00 | $67.50 | Correspondence w/ union counsel re: answers to question and setting up meeting |
| Mark Podgainy | Meetings and Communicatio | 3/16/23 | 0.2 | $675.00 | $135.00 | Correspondence w/ J MacAvoy and J Pasternak re: request to meet with brokers |
| Mark Podgainy | Meetings and Communicatio | 3/17/23 | 0.2 | $675.00 | $135.00 | Attended to correspondence w/ J MacAvoy and J Pasternak re: meeting w/ brokers |
| Mark Podgainy | Meetings and Communicatio | 3/20/23 | 0.4 | $675.00 | $270.00 | Call w/ union counsel, R Rattet, J Pasternak and B Katz re: union contract negotiations and cure amount |
| Mark Podgainy | Meetings and Communicatio | 3/20/23 | 0.1 | $675.00 | $67.50 | Correspondence w/ J Pasternak re: deadline for response to appraisal decision |
| Mark Podgainy | Meetings and Communicatio | 3/21/23 | 0.3 | $675.00 | $202.50 | Discussion w/ J Pasternak re: estate and buyer negotiations with key creditors |
| Mark Podgainy | Meetings and Communicatio | 3/21/23 | 0.1 | $675.00 | $67.50 | Correspondence w/ J Pasternak re: draft motion for judicial review |
| Mark Podgainy | Meetings and Communicatio | 3/23/23 | 0.1 | $675.00 | $67.50 | Correspondence w/ M DuVal re: motion for judicial review of appraiser's conclusions |
| Mark Podgainy | Meetings and Communicatio | 3/24/23 | 0.1 | $675.00 | $67.50 | Attend to correspondence w/ J Pasternak re: update on upcoming BPCA meeting |
| Mark Podgainy | Meetings and Communicatio | 3/29/23 | 0.3 | $675.00 | $202.50 | Correspondence w/ J Pasternak, A Etra, B Katz and J MacAvoy re: meeting with brokers to review sale process |
| Mark Podgainy | Meetings and Communicatio | 3/30/23 | 0.1 | $675.00 | $67.50 | Review of draft stipulation to extend time to assume/reject leases re: BPCA |
| Mark Podgainy | Meetings and Communicatio | 3/30/23 | 0.1 | $675.00 | $67.50 | Correspondence w/ J Pasternak and B Katz re: pre-conditions for sharing information with BPCA and their broker |
| Mark Podgainy | Meetings and Communicatio | 3/31/23 | 0.8 | $675.00 | $540.00 | Meeting w/ BPCA, Fried Frank, DHC, and Newmark re: sale process |
| Mark Podgainy | Meetings and Communicatio | 3/31/23 | 0.1 | $675.00 | $67.50 | Correspondence w/ J Pasternak re: union discussion follow up |
| | Meetings and Communications with Creditor | | 3.8 | | $2,565.00 | |
| Mark Podgainy | Plan and Disclosure Statemer | 3/16/23 | 0.1 | $675.00 | $67.50 | Correspondence w/ J Pasternak re: GUC treatment |
| Mark Podgainy | Plan and Disclosure Statemer | 3/16/23 | 1.7 | $675.00 | $1,147.50 | Review of draft plan and initial review of disclosure statement |
| Mark Podgainy | Plan and Disclosure Statemer | 3/17/23 | 1.8 | $675.00 | $1,215.00 | Continued review of disclosure statement and make comments and edits 1.6; related correspondence w/ J Pasternak .2 |
| Mark Podgainy | Plan and Disclosure Statemer | 3/19/23 | 0.7 | $675.00 | $472.50 | Review of revised Plan and Disclosure Statement and edited/made comments .5; related correspondence w/ counsel and B Katz .2 |
| Mark Podgainy | Plan and Disclosure Statemer | 3/20/23 | 0.2 | $675.00 | $135.00 | Review of changes to plan and disclosure statement .1 and related correspondence w/ B Katz and J Pasternak .1 |
| Mark Podgainy | Plan and Disclosure Statemer | 3/23/23 | 0.2 | $675.00 | $135.00 | Correspondence w/ T Tiantian and J Pasternak re: comments and questions regarding POL/DS to date |
| Mark Podgainy | Plan and Disclosure Statemer | 3/27/23 | 0.1 | $675.00 | $67.50 | Review of further comments from T Tiantian re: Plan of Liquidation |

| Staff Member | Category | Date | Quantity | Bill Rate | Billable ($) | Notes |
|---|---|---|---|---|---|---|
| | Plan and Disclosure Statement Total | | 4.8 | | $3,240.00 | |
| Jake Ringelstein | Reporting | 3/3/23 | 0.5 | $350.00 | $175.00 | Meeting w/ M Podgainy re: February MOR |
| Jake Ringelstein | Reporting | 3/3/23 | 0.3 | $350.00 | $105.00 | Initial preparation of February income statement |
| Mark Podgainy | Reporting | 3/3/23 | 0.5 | $675.00 | $337.50 | Meeting w/ J Ringelstein re: February MOR |
| Jake Ringelstein | Reporting | 3/6/23 | 1.1 | $350.00 | $385.00 | Revised February income statement |
| Mark Podgainy | Reporting | 3/6/23 | 0.8 | $675.00 | $540.00 | Work on February income statements and balance sheets for the MORs |
| Jake Ringelstein | Reporting | 3/7/23 | 0.5 | $350.00 | $175.00 | Updating February balance sheet |
| Jake Ringelstein | Reporting | 3/8/23 | 0.8 | $350.00 | $280.00 | Review of February MOR income statement and balance sheet with M. Podgainy .4 and make related revisions .4 |
| Mark Podgainy | Reporting | 3/8/23 | 0.4 | $675.00 | $270.00 | Review of in process February financial statements |
| Jake Ringelstein | Reporting | 3/13/23 | 0.5 | $350.00 | $175.00 | Meeting w/ M Podgainy re: February Balance Sheet Review |
| Mark Podgainy | Reporting | 3/13/23 | 0.5 | $675.00 | $337.50 | Meeting w/ J Ringelstein re: February balance sheet |
| Jake Ringelstein | Reporting | 3/15/23 | 0.6 | $350.00 | $210.00 | Initial preparation of February MOR forms for two debtors |
| Mark Podgainy | Reporting | 3/15/23 | 0.1 | $675.00 | $67.50 | Correspondence w/ B Katz re: February financial statements |
| Jake Ringelstein | Reporting | 3/16/23 | 1.2 | $350.00 | $420.00 | Initial preparation of February MOR forms for the three remaining debtors |
| Mark Podgainy | Reporting | 3/17/23 | 1.3 | $675.00 | $877.50 | Reviewed and finalized February MOR forms for all debtors 1.2; related correspondence w/ counsel .1 |
| | Reporting Total | | 9.1 | | $4,355.00 | |
| Mark Podgainy | Sale of Business and Related | 3/2/23 | 0.1 | $675.00 | $67.50 | Correspondence w/ K Shea and S Bacchus re: 3/3 site visit |
| Mark Podgainy | Sale of Business and Related | 3/3/23 | 0.5 | $675.00 | $337.50 | Participated in weekly status update call .4 and related review of status update document .1 |
| Mark Podgainy | Sale of Business and Related | 3/3/23 | 0.1 | $675.00 | $67.50 | Correspondence w/ S Bacchus, K Shea and F Ades re: site visit scheduling |
| Mark Podgainy | Sale of Business and Related | 3/6/23 | 0.1 | $675.00 | $67.50 | Correspondence w/ K Shea and S Bacchus re: site visit scheduling |
| Mark Podgainy | Sale of Business and Related | 3/9/23 | 0.2 | $675.00 | $135.00 | Correspondence w/ J Shevins, K Shea and S Bacchus re: tour scheduling |
| Mark Podgainy | Sale of Business and Related | 3/9/23 | 0.5 | $675.00 | $337.50 | Participated on weekly call re: sale process .4 and related review of status document .1 |
| Mark Podgainy | Sale of Business and Related | 3/9/23 | 0.1 | $675.00 | $67.50 | Correspondence w/ potential buyer |
| Mark Podgainy | Sale of Business and Related | 3/10/23 | 0.2 | $675.00 | $135.00 | Correspondence w/ K Shea and S Bacchus re: buyer questions and answers |
| Mark Podgainy | Sale of Business and Related | 3/13/23 | 0.1 | $675.00 | $67.50 | Tele conv w/ A Heymann re: due diligence question |
| Mark Podgainy | Sale of Business and Related | 3/13/23 | 0.3 | $675.00 | $202.50 | Correspondence w/ K Shea, J Pasternak and S Bacchus re: due diligence questions |
| Mark Podgainy | Sale of Business and Related | 3/13/23 | 0.1 | $675.00 | $67.50 | Correspondence w/ S Bacchus and K Shea re: site visit scheduling |
| Mark Podgainy | Sale of Business and Related | 3/14/23 | 0.2 | $675.00 | $135.00 | Correspondence w/ S Bacchus, K Shea, C Essig and J Shevins re: site tours |
| Mark Podgainy | Sale of Business and Related | 3/14/23 | 0.3 | $675.00 | $202.50 | Correspondence w/ S Bacchus, J Pasternak, K Shea, and J Shevins re: due diligence questions and responses |
| Mark Podgainy | Sale of Business and Related | 3/14/23 | 0.1 | $675.00 | $67.50 | Call w/ B Katz re: site visits |
| Mark Podgainy | Sale of Business and Related | 3/16/23 | 0.1 | $675.00 | $67.50 | Correspondence w/ K Shea re: scheduling potential buyer tour |
| Mark Podgainy | Sale of Business and Related | 3/16/23 | 0.1 | $675.00 | $67.50 | Correspondence w/ K Shea re: answers to due diligence question |
| Mark Podgainy | Sale of Business and Related | 3/16/23 | 0.9 | $675.00 | $607.50 | Review of weekly brokerage update .1 and participation on all-hands weekly broker meeting .8 |
| Mark Podgainy | Sale of Business and Related | 3/16/23 | 0.1 | $675.00 | $67.50 | Review of due diligence information from S Bacchus |
| Mark Podgainy | Sale of Business and Related | 3/17/23 | 0.1 | $675.00 | $67.50 | Correspondence w/ K Shea and S Bacchus re: tour scheduling |
| Mark Podgainy | Sale of Business and Related | 3/17/23 | 0.5 | $675.00 | $337.50 | Gather due diligence information for brokers .2 and related correspondence .3 |
| Mark Podgainy | Sale of Business and Related | 3/17/23 | 0.3 | $675.00 | $202.50 | Tele conv w/ K Aiello re: due diligence questions |
| Mark Podgainy | Sale of Business and Related | 3/19/23 | 0.2 | $675.00 | $135.00 | Correspondence w/ B Katz and R Rattet re: sale process strategy |
| Mark Podgainy | Sale of Business and Related | 3/19/23 | 0.5 | $675.00 | $337.50 | Tele conv w/ B Katz re: sale process |
| Mark Podgainy | Sale of Business and Related | 3/20/23 | 0.6 | $675.00 | $405.00 | Research answers to due diligence questions .3 and related correspondence w/ K Aiello, K Shea and J Shevins .3 |
| Mark Podgainy | Sale of Business and Related | 3/20/23 | 0.5 | $675.00 | $337.50 | Tele conv w/ A Etra re: status of sale process and related issues |
| Mark Podgainy | Sale of Business and Related | 3/20/23 | 0.1 | $675.00 | $67.50 | Review of sale flyer and provide feedback to G Corbin |
| Mark Podgainy | Sale of Business and Related | 3/20/23 | 0.1 | $675.00 | $67.50 | Correspondence w/ C Essig re: property tour |
| Mark Podgainy | Sale of Business and Related | 3/21/23 | 0.1 | $675.00 | $67.50 | Correspondence w/ S Bacchus re: site visit approval |
| Mark Podgainy | Sale of Business and Related | 3/21/23 | 0.1 | $675.00 | $67.50 | Correspondence w/ A Etra re: seller financing |
| Mark Podgainy | Sale of Business and Related | 3/21/23 | 0.1 | $675.00 | $67.50 | Correspondence w/ J Shevins re: due diligence questions |
| Mark Podgainy | Sale of Business and Related | 3/22/23 | 0.1 | $675.00 | $67.50 | Correspondence w/ K Shea and S Bacchus re: property tour scheduling |

Getzler Henrich & Associates LLC, 295 Madison Avenue, 20th Floor, New York, NY 10017

| Staff Member | Category | Date | Quantity | Bill Rate | Billable ($) | Notes |
|---|---|---|---|---|---|---|
| Mark Podgainy | Sale of Business and Related | 3/22/23 | 0.1 | $675.00 | $67.50 | Correspondence w/ A Etra re: sale process |
| Mark Podgainy | Sale of Business and Related | 3/23/23 | 0.1 | $675.00 | $67.50 | Review of sale process update from K Shea in advance of call |
| Mark Podgainy | Sale of Business and Related | 3/23/23 | 0.7 | $675.00 | $472.50 | Participated on weekly sale update call .6 and related post-call correspondence .1 |
| Mark Podgainy | Sale of Business and Related | 3/24/23 | 0.3 | $675.00 | $202.50 | Tele conv w/ B Katz re: sale process and related cures |
| Mark Podgainy | Sale of Business and Related | 3/27/23 | 0.3 | $675.00 | $202.50 | Tele con w/ S Bacchus re: site visit scheduling .1 and related correspondence w/ S Bacchus, K Shea and J Shevins .2 |
| Mark Podgainy | Sale of Business and Related | 3/28/23 | 0.3 | $675.00 | $202.50 | Correspondence w/ S Bacchus, J Shevins and K Shea re: due diligence questions and site visit scheduling |
| Mark Podgainy | Sale of Business and Related | 3/29/23 | 0.3 | $675.00 | $202.50 | Tele conv w/ J Shevins and K Shea re: due diligence questions |
| Mark Podgainy | Sale of Business and Related | 3/29/23 | 0.2 | $675.00 | $135.00 | Tele conv w/ J Pasternak re: due diligence questions .1 and related correspondence .1 |
| Mark Podgainy | Sale of Business and Related | 3/30/23 | 0.5 | $675.00 | $337.50 | Review of weekly update from brokers and take notes to prepare for upcoming group call .4; related correspondence w/ A Etra .1 |
| Mark Podgainy | Sale of Business and Related | 3/30/23 | 1.1 | $675.00 | $742.50 | Participated on group call to discuss sale process |
| Mark Podgainy | Sale of Business and Related | 3/30/23 | 0.1 | $675.00 | $67.50 | Correspondence w/ K Shea and S Bacchus re: site visits |
| Mark Podgainy | Sale of Business and Related | 3/30/23 | 0.2 | $675.00 | $135.00 | Review of historical and projected PILOT numbers provided by BPCA .1 and related correspondence w/ brokers .1 |
| Mark Podgainy | Sale of Business and Related | 3/31/23 | 0.2 | $675.00 | $135.00 | Tele conv w/ B Katz re: sale process and related issues |
| | **Sale of Business and Related Issues Total** | | **11.8** | | **$7,965.00** | |
| | **Grand Total** | | **55.4** | | **$35,607.50** | |

**Getzler Henrich & Associates LLC, 295 Madison Avenue, 20th Floor, New York, NY 10017**