# UNITED STATES BANKRUPTCY COURT

### SOUTHERN   DISTRICT OF   NEW YORK

In Re. Urban Commons 2 West LLC

§
§
§
§

_____
Debtor(s)

Case No.  22-11509 _____

Lead Case No.  22-11509 _____

☒ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 06/30/2023 _____

Petition Date: 11/15/2022 _____

Months Pending: 8

Industry Classification:  7  2  1  1

Reporting Method:          Accrual Basis  ⦿          Cash Basis  ○

Debtor's Full-Time Employees (current):                    0 _____

Debtor's Full-Time Employees (as of date of order for relief):        0 _____

**Supporting  Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒        Statement of cash receipts and disbursements
☒        Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒        Statement of operations (profit or loss statement)
☐        Accounts receivable aging
☐        Postpetition liabilities aging
☐        Statement of capital assets
☐        Schedule of payments to professionals
☐        Schedule of payments to insiders
☒        All bank statements and bank reconciliations for the reporting period
☐        Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Mark D. Podgainy
_____
Signature of Responsible Party

07/24/2023
_____
Date

Mark D. Podgainy
_____
Printed Name of Responsible Party

2 West Street, New York, NY  10011
_____
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  Urban Commons 2 West LLC                                    Case No.  22-11509

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.  Cash balance beginning of month | $78,046 | |
| b.  Total receipts (net of transfers between accounts) | $1,110,812 | $4,801,174 |
| c.  Total disbursements (net of transfers between accounts) | $356,427 | $3,968,733 |
| d.  Cash balance end of month (a+b-c) | $832,431 | |
| e.  Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.  Total disbursements for quarterly fee calculation (c+e) | $356,427 | $3,968,733 |

| Part 2:  Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.  Accounts receivable (total net of allowance) | $0 |
| b.  Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c.  Inventory    (Book ◯  Market ◯  Other ◉  (attach explanation)) | $0 |
| d   Total current assets | $1,143,081 |
| e.  Total assets | $101,744,207 |
| f.  Postpetition payables (excluding taxes) | $4,694,625 |
| g.  Postpetition payables past due (excluding taxes) | $382,204 |
| h.  Postpetition taxes payable | $1,824,467 |
| i.  Postpetition taxes past due | $1,824,467 |
| j.  Total postpetition debt (f+h) | $6,519,092 |
| k.  Prepetition secured debt | $90,658,576 |
| l.  Prepetition priority debt | $0 |
| m.  Prepetition unsecured debt | $10,195,244 |
| n.  Total liabilities (debt) (j+k+l+m) | $107,372,912 |
| o.  Ending equity/net worth (e-n) | $-5,628,705 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.  Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b.  Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.  Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.  Gross income/sales (net of returns and allowances) | $0 | |
| b.  Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c.  Gross profit (a-b) | $0 | |
| d.  Selling expenses | $0 | |
| e.  General and administrative expenses | $221,751 | |
| f.  Other expenses | $101,430 | |
| g.  Depreciation and/or amortization (not included in 4b) | $234,800 | |
| h.  Interest | $28,887 | |
| i.  Taxes (local, state, and federal) | $244,671 | |
| j.  Reorganization items | $85,166 | |
| k.  Profit (loss) | $-916,706 | $7,160,494 |

Debtor's Name  Urban Commons 2 West LLC                                    Case No.  22-11509

| **Part 5:  Professional Fees and Expenses** | | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | $146,971 | $1,010,825 | $146,971 | $1,010,825 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | BAK Advisors | Other | $25,311 | $184,781 | $25,311 | $184,781 |
| ii | Davidoff Hutcher & Citron LLP | Lead Counsel | $52,322 | $575,449 | $52,322 | $575,449 |
| iii | Getzler Henrich & Associates L | Financial Professional | $69,338 | $250,595 | $69,338 | $250,595 |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name  Urban Commons 2 West LLC                                          Case No.  22-11509

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name  Urban Commons 2 West LLC                     Case No.  22-11509

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name  Urban Commons 2 West LLC                                      Case No.  22-11509

| | | | | | | |
|---|---|---|---|---|---|---|
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |

Debtor's Name  Urban Commons 2 West LLC                    Case No.  22-11509

| | | | | | | |
|---|---|---|---|---|---|---|
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxvii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |

Debtor's Name  Urban Commons 2 West LLC                                    Case No.  22-11509

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $0 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $244,671 | $1,824,467 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ● | |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ● | |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ● | |
| d. | Are you current on postpetition tax return filings? | Yes ●  No ○ | |
| e. | Are you current on postpetition estimated tax payments? | Yes ●  No ○ | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ●  No ○ | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ●  No ○ | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ●  No ○  N/A ○ | |
| i. | Do you have:    Worker's compensation insurance? | Yes ○  No ● | |
| | If yes, are your premiums current? | Yes ○  No ○  N/A ●  (if no, see Instructions) | |
| | Casualty/property insurance? | Yes ●  No ○ | |
| | If yes, are your premiums current? | Yes ●  No ○  N/A ○  (if no, see Instructions) | |
| | General liability insurance? | Yes ●  No ○ | |
| | If yes, are your premiums current? | Yes ●  No ○  N/A ○  (if no, see Instructions) | |
| j. | Has a plan of reorganization been filed with the court? | Yes ●  No ○ | |
| k. | Has a disclosure statement been filed with the court? | Yes ●  No ○ | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ●  No ○ | |

Debtor's Name  Urban Commons 2 West LLC                                    Case No.  22-11509

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Mark D. Podgainy                                              Mark D. Podgainy

Signature of Responsible Party                                   Printed Name of Responsible Party

Chief Restructuring Officer                                      07/24/2023

Title                                                            Date

Debtor's Name  Urban Commons 2 West LLC                                    Case No.  22-11509



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name Urban Commons 2 West LLC                                    Case No. 22-11509



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name  Urban Commons 2 West LLC                                    Case No.  22-11509



PageThree



PageFour



**EAST WEST BANK** / 5⟨

9300 Flair Dr., 1St FL
El Monte, CA. 91731

Direct inquiries to:
888 761-3967

**ACCOUNT STATEMENT**
Page  1  of  4
STARTING DATE: June 01, 2023
ENDING DATE: June 30, 2023
Total days in statement period: 30

0014
( 2)

OZ 01
URBAN COMMONS 2 WEST LLC
CHAPTER 11 DEBTOR IN POSSESSION
CASE #22-11509
MARK PODGAINY, CRO 0176
295 MADISON AVE FL 20
NEW YORK NY 10017-6358

Receive money with Direct Deposits.
Payments are automatically sent to your
bank account so you can save yourself a
trip to the bank. Talk to your payer to see
if you qualify or call 888.895.5650 for
more details.

## Trustee-Vendor Checking

| | | | | | |
|---|---|---|---|---|---|
| Account number | 0014 | | Beginning balance | | $78,045.46 |
| Enclosures | 2 | | Total additions | ( 3) | 1,110,812.39 |
| Low balance | $9,450.00 | | Total subtractions | ( 9) | 356,426.87 |
| Average balance | $63,082.20 | | Ending balance | | $832,430.98 |

### CREDITS

| Number | Date | Transaction Description | | Additions |
|---|---|---|---|---|
| | 06-13 | Wire Trans-IN | BPC DIP LENDER LLC | 201,779.05 |
| | 06-26 | Wire Trans-IN | BPC DIP LENDER LLC | 86,052.42 |
| | 06-30 | Wire Trans-IN | BPC DIP LENDER LLC | 822,980.92 |

### CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1008 | 06-08 | 32,987.96 | 1009 | 06-21 | 19,539.68 |

### DEBITS

| Date | Transaction Description | | Subtractions |
|---|---|---|---|
| 06-02 | Outgoing Wire | GETZLER HENRICH & ASSOCIATES LLC | 35,607.50 |
| 06-14 | Outgoing Wire | BIG RIVER INSURANC E BROKERAGE INC | 7,075.57 |
| 06-14 | Outgoing Wire | BAK ADVISORS INC | 25,310.60 |
| 06-14 | Outgoing Wire | MARSH USA INC | 149,303.20 |
| 06-28 | Outgoing Wire | GETZLER HENRICH & ASSOCIATES LLC | 33,730.03 |
| 06-28 | Outgoing Wire | DAVIDOFF HUTCHER & CITRON LLP | 52,322.33 |
| 06-30 | Debit Memo | BANK & TECHNOLOGY SERVICE FEE | 550.00 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 05-31 | 78,045.46 | 06-13 | 211,229.05 | 06-26 | 96,052.42 |
| 06-02 | 42,437.96 | 06-14 | 29,539.68 | 06-28 | 10,000.06 |
| 06-08 | 9,450.00 | 06-21 | 10,000.00 | 06-30 | 832,430.98 |

## STATEMENT BALANCING
### Fill in the amounts below from the front of this statement and your checkbook.

**ENTER**
Ending Balance of
this Statement........................ $_____

**ENTER**
Present Balance in
your checkbook.................... $_____

**Add** Deposits not shown
on this Statement                    $_____
                                     _____
                                     _____
           **Sub Total**.......... $_____

**Subtract** any service
charges, finance or
any other charges.................... $_____

           **Sub Total** ........... $_____

**Subtract** Checks Issued
but not on Statement

| CHECK NUMBER OR DATE | AMOUNT | CHECK NUMBER OR DATE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
| TOTAL |  | TOTAL |  |

**Add** Monthly Interest
Earned ................................. $_____

**Add** any deposits not yet
entered in checkbook
(Reverse Advances)................... $_____
                                     _____
                                     _____
                                     _____

**Subtract** any checks not
yet entered in checkbook
(Reverse Payments)................... $_____
                                     _____
                                     _____
                                     _____

**Total** amount of outstanding
checks............................... $_____

**Balance**.......................** $_____

**Balance**...................................... $_____

### IN CASE OF ERRORS OR QUESTIONS REGARDING YOUR CHECKING ACCOUNT
You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or unauthorized transactions within the time periods as specified in the Deposit Agreement (which periods are no more than 60 days after we make the statement available to you and in some cases 30 days or less), we are not liable to you for, and you agree not to make a claim against us for problems or unauthorized transactions.

### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS
Telephone or write your local branch of account, listed on the statement front, as soon as you can if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number.
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If our investigation takes longer than 10 business days from the date we received your notification, we will provisionally credit your account for the disputed amount until our investigation has been completed. If the disputed amount involves an electronic funds transfer to or from an account within 30 days after the first deposit to the account was made, we will provisionally credit your account within 20 business days from the date we receive your notification.

### ACCOUNTS WITH CHECK STORAGE
Upon your request, we will provide you, without charge, legible copies of two checks from each account statement. Additional copies of canceled checks are subject to our service charges. You can make a request for these copies by contacting the branch listed on the front of this statement.

### CHANGE OF ADDRESS
*Please notify us immediately for change of address by phoning or writing your local branch of account, listed on the front of this statement.*

MEMBER FDIC

(REV 11/07)



9300 Flair Dr., 1St FL
El Monte, CA. 91731

URBAN COMMONS 2 WEST LLC

**OVERDRAFT/RETURN ITEM FEES**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

EAST WEST BANK / 5



EAST WEST BANK / 50



06/08/2023    1008    $32,987.96



06/08/2023    1008    $32,987.96

06/21/2023    1009    $19,539.68

3739    rev 11-22

 



06/21/2023        1009        $19,539.68

**URBAN COMMONS 2 WEST LLC, *ET AL.***
**DIP BUDGET**
**VARIANCE REPORT**
**BOOK CASH BASIS**

| | Budget | Actual | Variance |
|---|---|---|---|
| **Week** | | | |
| **Period** | June 1 - 30 | | |
| | - | 78,046 | 78,046 |
| | | | |
| **Cash Receipts** | - | - | - |
| | | | |
| **Operating Disbursements** | | | |
| Land Lease | - | - | - |
| PILOT | - | - | - |
| Civic Facilities Payment | - | - | - |
| Land Lease Required Appraisal | - | - | - |
| Property Insurance | 149,303 | 149,303 | - |
| D&O Insurance | 7,076 | 7,076 | - |
| Con Edison | 60,000 | 52,528 | (7,472) |
| Water/Sewer | 60,000 | - | (60,000) |
| Condo CAM | 142,178 | - | (142,178) |
| Labor | 204,772 | - | (204,772) |
| Operating Costs | 228,950 | - | (228,950) |
| Contingency | 40,000 | 550 | (39,450) |
| | | | |
| **Total Operating Disbursements** | 892,278 | 209,456 | (682,822) |
| | | | |
| **Operating Cash Flow** | (892,278) | (209,456) | 682,822 |
| **Accumulated** | (892,278) | (209,456) | 682,822 |
| | | | |
| **Non-Operating Disbursements** | | | |
| Utility Deposits | - | - | - |
| U.S. Trustee Fees | - | - | - |
| Professional Fees | 361,497 | 146,970 | (214,526) |
| DIP Fees | - | - | - |
| DIP Interest | - | - | - |
| | | | |
| **Total Non-Operating Disbursements** | 361,497 | 146,970 | (214,526) |
| | | | |
| **Net Cash Flow** | (1,253,775) | (356,427) | 897,348 |
| **Accumulated** | (1,253,775) | (356,427) | 897,348 |
| | | | |
| **Ending Cash Balance (not accounting for DIP)** | (1,253,775) | (278,381) | 975,394 |
| | | | |
| **Advances/(Repayments)** | 1,253,775 | 1,110,812 | (142,963) |
| | | | |
| **Ending Cash Balance After DIP** | - | 832,431 | 832,431 |
| | | | |
| **DIP Loan Balance** | 4,934,137 | 4,801,174 | (132,963) |

**URBAN COMMONS 2 WEST LLC**
**BALANCE SHEET**
**AS OF JUNE 30, 2023**

| | UC 2 West LLC | UC 2 West II LLC | UC 2 West III LLC | UC 2 West IV LLC | UC 2 West Op Tenant LLC |
|---|---|---|---|---|---|
| Cash | 617,805 | 95,688 | 23,808 | 95,130 | - |
| Intercompany Receivable | 82,813 | 12,826 | 3,191 | 12,752 | - |
| Inventories | - | - | - | - | - |
| Prepaid Expenses | 423,908 | 65,656 | 16,336 | 65,274 | - |
| Property Insurance | 404,712 | 62,683 | 15,596 | 62,318 | - |
| D&O Insurance | 19,197 | 2,973 | 740 | 2,956 | - |
| Professional Fees | - | - | - | - | - |
| Deposits | 18,554 | 2,874 | 715 | 2,857 | - |
| PPE | 114,269,556 | 17,698,486 | 4,403,451 | 17,595,328 | - |
| Less: Accumulated Depreciation | (13,668,430) | (2,117,016) | (526,722) | (2,104,677) | - |
| Total Assets | 101,744,207 | 15,758,514 | 3,920,779 | 15,666,664 | - |
| | | | | | |
| Liabilities Not Subject to Compromise | | | | | |
| | | | | | |
| AP and Accrued Expenses | 809,756 | 125,418 | 31,204 | 124,687 | 228,988 |
| Accrued PILOT | 1,824,467 | 282,580 | 70,307 | 280,933 | - |
| Accrued Professional Fees | 178,205 | 27,601 | 6,867 | 27,440 | - |
| Accrued DIP Fees and Interest | 100,463 | 15,560 | 3,871 | 15,469 | - |
| Accrued UST Fees | 42,913 | 250 | 250 | 250 | 250 |
| Intercompany Payable | | | | | 111,582 |
| DIP Loan | 3,563,287 | 551,895 | 137,314 | 548,678 | - |
| Total Post-Petition Liabilities | 6,519,092 | 1,003,304 | 249,814 | 997,458 | 340,820 |
| | | | | | |
| Liabilities Subject to Compromise | | | | | |
| | | | | | |
| Unsecured Claims | | | | | |
| AP / Accrued Expenses | | | | | 2,420,316 |
| Other Liabilities | 10,195,244 | 1,579,077 | 392,880 | 1,569,873 | 10,117,892 |
| Total Unsecured Claims | 10,195,244 | 1,579,077 | 392,880 | 1,569,873 | 12,538,208 |
| | | | | | |
| Secured Claims | | | | | |
| Senior Secured Mortgage | 86,091,720 | 13,334,200 | 3,317,600 | 13,256,480 | - |
| Mechanics and other Liens | 4,566,856 | 707,331 | 175,987 | 703,209 | |
| Total Secured Claims | 90,658,576 | 14,041,531 | 3,493,587 | 13,959,689 | - |
| | | | | | |
| Equity | | | | | |
| Contributed Capital | 75,548,123 | 11,701,169 | 2,911,296 | 11,632,967 | 27,296,915 |
| Retained Earnings Pre-Petition | (74,016,333) | (11,463,920) | (2,852,267) | (11,397,101) | (39,835,123) |
| Retained Earnings Post-Petition | (7,160,494) | (1,102,647) | (274,531) | (1,096,222) | (340,820) |
| Net Equity | (5,628,705) | (865,398) | (215,502) | (860,355) | (12,879,028) |
| | | | | | |
| Total Liabilities and Owners' Equity | 101,744,207 | 15,758,514 | 3,920,778 | 15,666,664 | (0) |

Header span: **30-Jun-23**

**URBAN COMMONS 2 WEST LLC**
**INCOME STATEMENT**
**June 1 - 30, 2023**

| | June 1-30,2023 | | | | |
|---|---|---|---|---|---|
| | UC 2 West LLC | UC 2 West II LLC | UC 2 West III LLC | UC 2 West IV LLC | UC 2 West Op Tenant LLC |
| Operating Revenue | $        - | $        - | $        - | $        - | $        - |
| Department Expenses | - | - | - | - | - |
| Departmental Income | | | | | |
| Operating Expenses | | | | | |
| CAM | 42,902 | 6,645 | 1,653 | 6,606 | - |
| Labor | 50,659 | 7,846 | 1,952 | 7,800 | - |
| Misc Operating Expenses | 76,917 | 11,913 | 2,964 | 11,844 | - |
| Utilities | | | | | 52,528 |
| Land Lease | 38,249 | 5,924 | 1,474 | 5,890 | - |
| Civic Facilities Payment | 12,617 | 1,954 | 486 | 1,943 | - |
| Other | 408 | 63 | 16 | 63 | - |
| Total Operating Expenses | 221,751 | 34,346 | 8,545 | 34,145 | 52,528 |
| Non-Operating Expenses | | | | | |
| Depreciation | 234,800 | 36,367 | 9,048 | 36,155 | - |
| Insurance | 101,430 | 15,710 | 3,909 | 15,618 | - |
| D&O | 4,584 | 710 | 177 | 706 | - |
| Property | 96,846 | 15,000 | 3,732 | 14,912 | - |
| PILOT | 244,671 | 37,896 | 9,429 | 37,675 | - |
| Professional Fees | 56,652 | 8,774 | 2,183 | 8,723 | - |
| DHC | 17,733 | 2,747 | 683 | 2,731 | - |
| BAK | 18,785 | 2,909 | 724 | 2,892 | - |
| GH | 20,134 | 3,118 | 776 | 3,100 | - |
| Committee Counsel | - | - | - | - | - |
| DIP Fees | - | - | - | - | - |
| DIP Interest | 28,887 | 4,474 | 1,113 | 4,448 | - |
| US Trustee Fees | 28,514 | | | | - |
| Total Non-Operating Expenses | 694,954 | 103,221 | 25,682 | 102,619 | - |
| Net Income | (916,706) | (137,566) | (34,227) | (136,765) | (52,528) |