**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------------- X
                                                                  :
*In re*                                                           :        **Chapter 11**
                                                                  :
**URBAN COMMONS 2 WEST LLC, ET AL.,**                             :        **Lead Case No. 22-11509 (PB)**
                                                                  :
                                                                  :        **(Jointly Administered)**
                                              *Debtors.*[1]        :
----------------------------------------------------------------- X

### ORDER FURTHER ADJOURNING SALE CONFIRMATION HEARING AND FURTHER EXTENDING RELATED OBJECTION DEADLINES

**WHEREAS**, on February 17, 2023, the Court entered an *Order (I) Approving Bid Procedures and (II) Scheduling Auction and Sale Hearing and Granting Related Relief* [ECF No. 175] (the "Bid Procedures Order");[2]

**WHEREAS**, the Bid Procedures Order scheduled the Sale Hearing for May 16, 2023, at 2:00 p.m. (EST);

**WHEREAS**, on May 10, 2023, the Court so ordered a *Stipulation and Order Extending Time to Object or Respond to (1) Statement of Cure Costs Filed by the Battery Park City Authority and (2) Sale Motion for Debtors' Hotel Lease Interests* [ECF No. 258] (the "Stipulation");

**WHEREAS**, the Stipulation set deadlines to object to both the BPCA Cure Claim and the Sale of the Hotel Lease Interests to (a) Sunday, May 14, 2023, at 12:00 p.m. (EST), or (b) 12:00 p.m. (EST) two days prior to the Sale Hearing, should it be adjourned;

---

[1] Jointly administered with Urban Commons 2 West II LLC (Tax ID: **-***7987), Urban Commons 2 West III LLC (Tax ID: **-***3270), Urban Commons 2 West IV LLC (Tax ID: **-***8418), and Urban Commons 2 West Operating Tenant LLC (Tax ID: **-***0849).

[2] Capitalized terms not defined herein shall have the same meanings as ascribed to such terms in the Bid Procedures Order.

**WHEREAS**, on May 11, 2023, the parties consented to adjourn the Sale Hearing to Tuesday, May 23, 2023;

**WHEREAS,** on May 11, 2023, the Court entered an Order (1) further adjourning the Sale Hearing to May 23, 2023 at 2:30 p.m. (EST) and (2) extending the deadlines to object to both the BPCA Cure Claim and the Sale of the Hotel Lease Interests to May 19, 2023 at 12:00 p.m. (EST);

**WHEREAS,** the parties consented to further adjourning the Sale Hearing to June 8, 2023;

**WHEREAS,** on May 18, 2023, the Court entered an Order (1) further adjourning the Sale Hearing to June 8, 2023 at 2:00 p.m. (EST) and (2) extending the deadlines to object to both the BPCA Cure Claim and the Sale of the Hotel Lease Interests to June 6, 2023 at 12:00 p.m. (EST);

**WHEREAS,** on June  2, 2023, the Court entered an Order (1) further adjourning the Sale Hearing to June 27, 2023 at 2:00 p.m. (EST) and (2) extending the deadlines to object to both the BPCA Cure Claim and the Sale of the Hotel Lease Interests to June 23, 2023 at 12:00 p.m. (EST);

**WHEREAS,** on June  21, 2023, the Court entered an Order (1) further adjourning the Sale Hearing to July 11, 2023 at 11:00 a.m. (EST) and (2) extending the deadlines to object to both the BPCA Cure Claim and the Sale of the Hotel Lease Interests to July 7, 2023 at 12:00 p.m. (EST);

**WHEREAS,** the parties consented to further adjourning the Sale Hearing to July 25, 2023;

**WHEREAS,** on July 7, 2023, the Court entered an Order (1) further adjourning the Sale Hearing to July 25, 2023 at 2:00 p.m. (EST) and (2) extending the deadlines to object to both the BPCA Cure Claim and the Sale of the Hotel Lease Interests to July 20, 2023 at 12:00 p.m. (EST);

**WHEREAS,** the parties consented to further adjourning the Sale Hearing to August 15, 2023;

**WHEREAS,** on August 15, 2023, the Court entered an Order (1) further adjourning the Sale Hearing to August 15, 2023 at 10:00 a.m. (EST) and (2) extending the deadlines to object to

both the BPCA Cure Claim and the Sale of the Hotel Lease Interests to August 8, 2023 at 5:00

p.m. (EST);

WHEREAS, the parties have consented to further adjourning the Sale Hearing to

September 8, 2023;

WHEREAS, on August 9, 2023, the Court entered an Order (1) further adjourning the

Sale Hearing to September 8, 2023 at 10:00 a.m. (EST) and (2) extending the deadlines to object

to both the BPCA Cure Claim and the Sale of the Hotel Lease Interests to September 1, 2023 at

5:00 p.m. (EST);

WHEREAS, the parties have consented to further adjourning the Sale Hearing to October

3, 2023;

NOW, THEREFORE, IT IS HEREBY

ORDERED, that the Sale Hearing is hereby adjourned to **Tuesday, October 3,**

**2023 at ~~10~~ 11:00 a.m. (EST)**; and it is further **[PB 9/7/23]**

ORDERED, that the deadlines to object to both the BPCA Cure Claim and the Sale of the

Hotel Lease Interests are hereby extended to **September 26, 2023, at 5:00 p.m. (EST), with any**

**replies thereto due on or before September 29, 2023 at 12:00 p.m.**

IT IS SO ORDERED.

Dated:   New York, New York
         September 7, 2023

                                                    /s/ Philip Bentley
                                                    **Hon. Philip Bentley**
                                                    **United States Bankruptcy Judge**