| | |
|---|---|
| DAVIDOFF HUTCHER & CITRON LLP<br>*Attorneys for the Debtors*<br>605 Third Avenue<br>New York, New York 10158<br>(212) 557-7200<br>Robert L. Rattet, Esq.<br>Derek A. Wolman, Esq.<br>Jonathan S. Pasternak, Esq. | *Presentment Date*: October 16, 2023<br>*Presentment Time:* 12:00 p.m. |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

| | |
|---|---|
| In Re: | Chapter 11 |
| URBAN COMMONS 2 WEST LLC, ET AL.,[1] | Lead Case No.: 22-11509 (PB) |
| Debtors. | (Jointly Administered) |

-----------------------------------------------------------X

**NOTICE OF PRESENTMENT OF STIPULATION AND ORDER AMENDING FINAL
ORDER (I) AUTHORIZING THE DEBTORS TO
OBTAIN POSTPETITION FINANCING, ETC.**

**PLEASE TAKE NOTICE,** that upon the annexed stipulation (the "Stipulation")[2] among, inter alia, the above-captioned debtors and debtors-in-possession (the "Debtors") and the BPC DIP Lender LLC ("BPC DIP Lender"), the annexed Stipulation and Order Amending Final Order (I) Authorizing The Debtors To Obtain Postpetition Financing, Etc. will be presented by the undersigned for approval and signature to the Honorable Philip Bentley, United States Bankruptcy Judge, at the United Stated Bankruptcy Court, One Bowling Green, New York, New York 10004 on the 16th day of October, 2023 at 12:00 p.m.

---

[1] *Jointly administered with Urban Commons 2 West II LLC (Tax ID: **-***7987), Urban Commons 2 West III LLC (Tax ID: **-***3270), Urban Commons 2 West IV LLC (Tax ID: **-***8418), and Urban Commons 2 West Operating Tenant LLC (Tax ID: **-***0849).*

[2] Capitalized terms used herein not otherwise defined shall have the meaning ascribed to them in the Stipulation.

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the relief requested in the Stipulation must be made in writing, filed with the Court on the Court's Electronic Case Filing System, at www.ecf.nysb.uscourts.gov (login and password required), with a copy delivered directly to Chambers and served upon 1) Davidoff Hutcher & Citron LLP, attorneys for the Debtors, 605 Third Avenue, New York, New York 10158, Attn: Jonathan S. Pasternak, Esq., and 2) Herrick Feinstein, attorneys for BPC Lender, 2 Park Avenue, New York, New York 10016, Attn: Steven Smith, Esq., so as to be received no later than three (3) business day before the Presentment Date.

**PLEASE TAKE FURTHER NOTICE,** that in the event that an objection is received, the Court may hold a hearing with respect to the signature of this Order, and the undersigned will inform any party filing an objection as to the date and time of the hearing.

Dated:  New York, New York
        September 27, 2023

DAVIDOFF HUTCHER & CITRON LLP
*Attorneys for the Debtors*
605 Third Avenue
New York, New York 10158
(212) 557-7200

By: */s/ Jonathan S. Pasternak*
      Jonathan S. Pasternak