UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br>Urban Commons 2 West LLC, et al. | CASE NO: 22-11509<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 9/27/2023, I did cause a copy of the following documents, described below,

Notice of Presentment of Stipulation and Order Amending Final Order Authorizing the Debtors to Obtain Postpetition Financing, Etc.

Stipulation and Order Amending Final Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/27/2023

/s/ Jonathan S. Pasternak
Jonathan S. Pasternak  2343598

Davidoff Hutcher & Citron LLP
120 Bloomingdale Road, Suite 100
White Plains, NY  10605
212 557 7200
ms@dhclegal.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: | CASE NO: 22-11509 |
| Urban Commons 2 West LLC, et al. | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 11 |

On 9/27/2023, a copy of the following documents, described below,

Notice of Presentment of Stipulation and Order Amending Final Order Authorizing the Debtors to Obtain Postpetition Financing, Etc.

Stipulation and Order Amending Final Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/27/2023

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Jonathan S. Pasternak
Davidoff Hutcher & Citron LLP
120 Bloomingdale Road, Suite 100
White Plains, NY  10605

USPS FIRST CLASS MAIL SERVED PIECES
Parties with names struck through or otherwise noted were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| BAKER & HOSTETLER LLP<br>ATTN: DONALD A. WORKMAN ESQ.<br>1050 CONNECTICUT AVE. NW STE. 1100<br>UNITED STATES<br>WASHINGTON D.C. 20036 | CANYON COMMUNITY BANK<br>7981 N. ORACLE ROAD<br>TUCSON AZ 85704 | CAPITAL PROPERTY PARTNERS LLC<br>433 FIFTH AVENUE 5TH FL.<br>NEW YORK NY 10016 |
| HOTEL AND GAMING TRADES COUNCIL AFL-CIO<br>C/O COHEN WEISS AND SIMON LLP<br>ATTN: MELISSA S. WOODS ESQ.<br>MATTHEW STOLZ ESQ.<br>900 THIRD AVENUE STE. 2100<br>NEW YORK NY 10022-4869 | NYC DEPT. OF FINANCE<br>66 JOHN STREET RM. 104<br>NEW YORK NY 10038 | CORPORATION COUNSEL<br>BANKRUPTCY LITIGATION DEPT.<br>100 CHURCH STREET RM. 5-240<br>NEW YORK NY 10007 |
| CULLEN AND DYKMAN LLP<br>ATTN: THOMAS R. SLOME ESQ.<br>MICHAEL KWIATKOWSKI ESQ.<br>333 EARLE OVINGTON BLVD. 2ND FL.<br>UNIONDALE NY 11553 | DIRECT ENERGY BUSINESS<br>1001 LIBERTY AVENUE<br>PITTSBURGH PA 15222 | ERJMJ INVESTMENTS LP<br>C/O LOFTIN BEDELL P.C.<br>2540 GATEWAY ROAD<br>CARLSBAD CA 92009 |
| GALAXY INVESTMENT CAPITAL INC.<br>81 N. MENTOR AVENUE<br>PASADENA CA 91106 | GEORGE M. LEE<br>TRUSTEE OF THE MSL FAMILY TRUST<br>81 N. MENTOR AVENUE<br>PASADENA CA  91106 | HIGHGATE HOTELS L.P.<br>ATTN: MATTHEW GUNLOCK<br>870 SEVENTH AVENUE<br>NEW YORK NY 10019 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>P.O. BOX 7346<br>PHILADELPHIA PA 19101-7346 | INTERSERV LP<br>5900 CANOGA AVE. STE. 450<br>WOODLAND HILLS CA 91367 | KONE INC.<br>3333 WARRENVILLE RD. STE. 700<br>LISLE IL 60532-1262 |
| LANDMARK VENTURES (USA) INC.<br>475 PARK AVENUE SOUTH 25TH FL.<br>NEW YORK NY 10016 | LOMBARDO BUILDING & DEVELOPMENT GROUP<br>2310 JERICHO TPKE. STE. 108<br>NEW HYDE PARK NY 11040 | LUXURBAN HOTELS INC.<br>C/O HOGUET NEWMAN REGAL & KENNEY LLP<br>ATTN: CONNOR G. SHEA ESQ.<br>JOHN P. CURLEY ESQ.<br>60 EAST 42ND STREET 48TH FL.<br>NEW YORK NY 10165 |
| MATCO SERVICE CORPORATION<br>C/O MEYERS SAXON & COLE<br>ATTN: IRWIN MEYERS ESQ.<br>3620 QUENTIN ROAD<br>BROOKLYN NY 11234 | MILLENNIUM BPC DEVELOPMENT LLC<br>1995 BROADWAY<br>NEW YORK NY 10023 | NYC ENVIRONMENTAL CONTROL BOARD<br>66TH JOHN STREET 10TH FLOOR<br>NEW YORK NY 10038 |
| NYS DEPT. OF TAXATION & FINANCE<br>ATTN: OFFICE OF COUNSEL BLDG. 9<br>W.A. HARRIMAN STATE CAMPUS<br>ALBANY NY 12227 | NYS DEPT. OF LABOR<br>INSOLVENCY UNIT<br>BUILDING 12 ROOM 256<br>W.A. HARRIMAN STATE CAMPUS<br>ALBANY NY 12240 | ORACLE AMERICA INC.<br>C/O DOSHI LEGAL GROUP P.C.<br>ATTN: AMISH R. DOSHI ESQ.<br>1979 MARCUS AVENUE STE. 210E<br>LAKE SUCCESS NY 11042 |
| RESIDENTIAL BOARD OF MANAGERS OF MPC<br>C/O HILLER P.C.<br>ATTN: MICHAEL S. HILLER ESQ.<br>641 LEXINGTON AVENUE<br>NEW YORK NY 10022 | VIK XS SERVICES INC.<br>26 JOURNAL SQUARE PLAZA STE. 505<br>JERSEY CITY NJ 07306 | WEST BAY CAPITAL LLC<br>222 N. PACIFIC COAST HWY. STE. 1780<br>EL SEGUNDO CA 90245 |

USPS FIRST CLASS MAIL ON 3 PIECES
Parties with names struck through or Certificate/Affidavit of Service were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| WIMBERLY ALLISON TONG & GOO INC.<br>1730 FLIGHT WAY STE. 150<br>TUSTIN CA 92782-1843 | MARRIOTT INTERNATIONAL INC.<br>C/O SHEPPARD MULLIN RICHTER & HAMPTON<br>ATTN: MICHAEL DRISCOLL ESQ.<br>30 ROCKEFELLER PLAZA<br>NEW YORK NY 10112-0015 | RUGARE ZVOMA<br>70 LITTLE WEST ST. APT. 5K<br>NEW YORK NY 10004-7431 |

DAVIDOFF HUTCHER & CITRON, LLP
*Attorneys for the Debtors*
120 Bloomingdale Road, Suite 100
White Plains, NY 10605
(914) 381-7400
Robert L. Rattet, Esq.
Jonathan S. Pasternak, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In Re:                                              Chapter 11

URBAN COMMONS 2 WEST LLC, ET AL., [1]               Lead Case No.: 22- 11509 (PB)

                                    Debtors.       (Jointly Administered)
---------------------------------------------------------------x

## AFFIDAVIT OF ELECTRONIC SERVICE

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF WESTCHESTER        )

    Melanie M. Spencer, being duly sworn, deposes:

    I am not a party to the action, am over 18 years of age and am an employee of the law firm of Davidoff Hutcher & Citron, LLP, 120 Bloomingdale Road, Suite 100, White Plains, NY 10605.

    On the 27th day of July 2023, Deponent served a copy of the *Notice of Presentment of Stipulation and Order Amending Final Order Authorizing the Debtors to Obtain Postpetition Financing, Etc.,* and the *Stipulation and Order Amending Final Order Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Use Cash Collateral* upon the parties listed on the below Schedule via email delivery:

---

[1] Jointly administered with Urban Commons 2 West II LLC, Urban Commons 2 West III LLC, Urban Commons 2 West IV LLC, and Urban Commons 2 West Operating Tenant LLC.

**ELECTRONIC DELIVERY SERVICE LIST**

| | |
|---|---|
| Dan Morisaku | Morisaku@Ichigo.gr.jp |
| Hakan Ozakbas | hozakbas@lhw.com |
| Kathleen M. Aiello | KAiello@Klestadt.com |
| Leslie S. Barr | lbarr@windelsmarx.com, |
| James B. Glucksman | jbg@dhclegal.com |
| Tracy L. Klestadt | tklestadt@klestadt.com |
| Michael Kwiatkowski | mkwiatkowski@cullenanddykman.com |
| Avery S Mehlman | amehlman@herrick.com |
| Devin William Ness | dness@herrick.com |
| Barry N. Saltzman | bsaltzman@pittalaw.com |
| Steven B. Smith | ssmith@herrick.com |
| Silvia A Stockman | sstockman@herrick.com |
| Mark Tsukerman | mtsukerman@coleschotz.com |
| Eric Wills | ericewills5@gmail.com |
| Enid Nagler Stuart | enid.stuart@ag.ny.gov |
| Tara Tiantian | tara.tiantian@usdoj.gov |
| United States Trustee | USTPRegion02.NYECF@USDOJ.GOV |
| Jennifer Rodburg | jennifer.rodburg@friedfrank.com |
| Sameer Alifarag | salifarag@pryorcashman.com |
| Melissa Pierce | melissa@gmhatlaw.com |
| Brian Powers | BPowers@SilvermanAcampora.com; |
| Ronald Friedman | Rfriedman@SilvermanAcampora.com |
| Michael Driscoll | MDriscoll@sheppardmullin.com |
| Roye Zur | rzur@elkinskalt.com |
| Richard Seltzer | rseltzer@cwsny.com |
| Russell R. Johnson | Russell@russelljohnsonlawfirm.com |
| Taylor Woods | Taylorwoods23@gmail.com |
| Howard Wu | Hwu410@gmail.com |

                                                             */s/ Melanie M. Spencer*
                                                                Melanie M. Spencer

Sworn to before me this
27th day of July, 2023

*/s/ James Glucksman*
    James Glucksman
    Notary Public ~ State of New York