UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
In re:

URBAN COMMONS 2 WEST LLC, *et al.*,[1]

                                Debtor.

------------------------------------------------------------------------x

Chapter 11

Case No. 22-11509 (PB)
(Jointly Administered)

## ORDER GRANTING FIRST AND FINAL APPLICATION OF SILVERMANACAMPORA LLP, ATTORNEYS FOR THE OFFICIAL COMMITTEEE OF UNSECURED CREDITORS FOR ALLOWANCE OF COMPENSATION FOR PERIOD OF DECEMBER 26, 2022 THROUGH AND INCLUDING FEBRUARY 7, 2023 AND REIMBURSEMENT OF EXPENSES

Upon consideration of the application of SilvermanAcampora LLP ("Applicant"), counsel to the Official Committee of Unsecured Creditors (the "Committee") of the estate of Urban Commons 2 West LLC, *et. al*. (the "Debtors"), pursuant to section 330(a) of title 11, United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2016-1 of the Local Bankruptcy Rules for the Southern District of New York, and General Order M-447 RE: Amended Guidelines for Fees and Disbursements for Professionals in Southern District of New York Bankruptcy Cases (the "Guidelines"), awarding compensation and reimbursement of expenses, dated September 27, 2023 (the "Application"); and notice having been given; and no objections having been filed thereto; and sufficient cause having been shown; therefore, it is hereby

**ORDERED**, that the Application is granted to the extent set forth in Schedules A & B.

Dated: New York, New York
       December 22, 2023

                                              /s/ Philip Bentley
                                              **Hon. Philip Bentley**
                                              **United States Bankruptcy Judge**

---

[1] Jointly administered with Urban Commons 2 West II LLC (Tax ID: **-***7987), Urban Commons 2 West III LLC (Tax ID: **-***3270), Urban Commons 2 West IV LLC (Tax ID: **-***8418), and Urban Commons 2 West Operating Tenant LLC (Tax ID: **-***0849), with a shared mailing address of 3334 East Coast Highway, No. 350, Corona Del Mar, CA 92625.

1

Case No. 22-11509 (PB)  CURRENT FEE PERIOD:  Schedule A
Case Name: Urban Commons 2 West LLC, *et al.*  December 26, 2022 – February 7, 2023

| (1) Applicant | (2) Date / Document Number of Application | (3) Fees Requested on Application | (4) Fees Allowed | (5) Fees to be Paid for Current Fee Period | (6) Fees to be Paid for Prior Fee Period(s) (if any) (i.e., Holdback Release) | (7) Total Fees to be Paid | (8) Interim Expenses Requested | (9) Expenses to be Paid for Current Fee Period |
|---|---|---|---|---|---|---|---|---|
| SilvermanAcampora LLP, Counsel to the Official Committee of Unsecured Creditors | 9/27/2023 Doc No. 331 | $60,908.50 | $60,908.50 | $60,908.50 | $0.00 | $60,908.50 | $0.00 | $324.26 |

Date: December 22, 2023   Judge's Initials: <u>PB</u> USBJ

2

Case No. 22-11509 (PB)  FEE APPLICATION TOTALS  Schedule B
Case Name: Urban Commons 2 West LLC, *et al.*

| (1) Applicant | (2) Total Fees Requested | (3) Total Fees to be Paid | (4) Total Expenses Requested | (5) Total Expenses to be Paid |
|---|---|---|---|---|
| SilvermanAcampora LLP, Counsel to the Official Committee of Unsecured Creditors | $ 60,908.50 | $ 60,908.50 | $ 324.26 | $ 324.26 |

Date: December 22, 2023   Judge's Initials: <u>PB</u> USBJ

3