**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------X

| | |
|---|---|
| In Re: | Chapter 11 |
| URBAN COMMONS 2 WEST LLC, ET AL.,[1] | Lead Case No.: 22-11509 (PB)<br>(Jointly Administered) |
| Debtors. | **Objection Deadline: January 22, 2024 at 4:00 p.m.** |

---------------------------------------------------------X

**THIRTEENTH STAFFING AND COMPENSATION REPORT BY
GETZLER HENRICH & ASSOCIATES LLC FOR THE PERIOD
NOVEMBER 1, 2023 THROUGH NOVEMBER 30, 2023**

| | |
|---|---|
| Name of Applicant: | Getzler Henrich & Associates LLC |
| Date of Retention: | December 8, 2022, *nunc pro tunc* to November 21, 2022 |
| Period for which compensation and reimbursement is sought: | November 1, 2023 through November 30, 2023 |
| Amount of compensation sought as actual, reasonable, and necessary: | $19,475.00 |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $0.00 |

Additional detail is attached hereto as:

Exhibit A – Summary of Compensation and Expenses
Exhibit B – Summary of Hours and Fees Incurred by Category
Exhibit C – Detailed Time Descriptions by Category by Professional

---

[1] *Jointly administered with Urban Commons 2 West II LLC (Tax ID: **-***7987), Urban Commons 2 West III LLC (Tax ID: **-***3270), Urban Commons 2 West IV LLC (Tax ID: **-***8418), and Urban Commons 2 West Operating Tenant LLC (Tax ID: **-***0849), with a shared mailing address of 3334 East Coast Highway, No. 350, Corona Del Mar, CA 92625.*

1

Getzler Henrich & Associates, LLC ("Getzler Henrich") hereby provides its Thirteenth staffing and compensation report for the period November 1, 2023 through November 30, 2023 (the "Thirteenth Staffing and Compensation Report" and the "Thirteenth Staffing and Compensation Report Period") in accordance with the *Order Granting Debtors' Application to (I) Employ and Retain Getzler Henrich & Associates LLC Effective as of November 21, 2022, (II) Affirm Designation of Mark D. Podgainy as Chief Restructuring Officer Effective as of November 21, 2022, and (III) Employ and Retain Bernard A. Katz as Independent Manager of the Debtors* [Docket No. 60] (the "Retention Order").

As set forth in the Thirteenth Staffing and Compensation Report, Getzler Henrich incurred $19,475.00 in aggregate compensation and $0.00 for actual and necessary expenses during the Thirteenth Staffing and Compensation Report Period.

WHEREFORE, pursuant to the Retention Order, Getzler Henrich hereby submits its Thirteenth Staffing and Compensation Report for the Thirteenth Staffing and Compensation Report Period.


Dated: New York, New York
         January 2, 2024

                                    By:/s/ *Mark D. Podgainy*
                                    Name: Mark D. Podgainy
                                    Title:   Managing Director
                                             Getzler Henrich & Associates LLC
                                             mpodgainy@getzlerhenrich.com
                                             212-540-4482

2



January 2, 2024

ATTN: Bernie Katz
Urban Commons 2 West LLC , *et al.* , Case #22-11509
3334 E. Coast Hwy #350
Corona Del Mar, CA 92625

**Urban Commons 2 West LLC , *et al.***
**EXHIBIT A**

CONSULTING SERVICES RENDERED NOVEMBER 1, 2023 - NOVEMBER 30, 2023

| | |
|---|---:|
| **TOTAL FEES:** | $19,475.00 |
| **TOTAL EXPENSES:** | $0.00 |
| **GRAND TOTAL:** | **$19,475.00** |

| STAFF MEMBER | HOURS | RATE2 | TOTAL |
|---|---:|---:|---:|
| Mark Podgainy | 24.6 | $ 675.00 | $ 16,605.00 |
| Jake Ringelstein | 8.2 | $ 350.00 | $ 2,870.00 |
| **TOTAL** | **32.8** | **$593.75** | **$19,475.00** |

**Getzler Henrich & Associates LLC, 295 Madison Avenue, 20th Floor, New York, NY 10017**



January 2, 2024

ATTN: Bernie Katz
Urban Commons 2 West LLC , *et al.* , Case #22-11509
3334 E. Coast Hwy #350
Corona Del Mar, CA 92625

**Urban Commons 2 West LLC , *et al.***
**EXHIBIT B**

| ACTIVITY | HOURS | TOTAL |
|---|---:|---:|
| Business Operations | 12.2 | $ 8,235.00 |
| Cash Flow & Financial Projections | 3.1 | $ 2,092.50 |
| Cash Management/Analysis | 1.5 | $ 1,012.50 |
| Court Hearing Prep and/or Appearance | 0.2 | $ 135.00 |
| Employment and Fee Applications | 1.1 | $ 742.50 |
| Financing and Cash Collateral | 3.8 | $ 2,565.00 |
| Reporting | 10.9 | $ 4,692.50 |
| **FEES BY ACTIVITY** | **32.8** | **$19,475.00** |

___
**Getzler Henrich & Associates LLC, 295 Madison Avenue, 20th Floor, New York, NY 10017**



January 2, 2024

ATTN: Bernie Katz
Urban Commons 2 West LLC , *et al.* , Case #22-11509
3334 E. Coast Hwy #350
Corona Del Mar, CA 92625

**Urban Commons 2 West LLC, *et al.***
**EXHIBIT C**

| Staff Member | Category | Date | Quantity | Bill Rate | Billable ($) | Notes |
|---|---|---|---|---|---|---|
| Mark Podgainy | Business Operations | 11/1/23 | 0.5 | $675.00 | $337.50 | Call w/ TEI re: elevator contract and clearing violations |
| Mark Podgainy | Business Operations | 11/1/23 | 0.3 | $675.00 | $202.50 | Call w/ S Bacchus re: water bill, elevator contracts, insurance |
| Mark Podgainy | Business Operations | 11/2/23 | 0.1 | $675.00 | $67.50 | Correspondence w/ N Toledano re: status of insurance rewnewal |
| Mark Podgainy | Business Operations | 11/2/23 | 0.2 | $675.00 | $135.00 | Call .1 and related correspondence .1 w/ N Conover re: site visit for elevators (Schindler) |
| Mark Podgainy | Business Operations | 11/3/23 | 0.4 | $675.00 | $270.00 | Review of current elevator agreement .3 and related correspondence w/ S Bacchus .1 |
| Mark Podgainy | Business Operations | 11/3/23 | 0.1 | $675.00 | $67.50 | Arrange elevator site visit for Schindler with building |
| Mark Podgainy | Business Operations | 11/6/23 | 0.2 | $675.00 | $135.00 | Call w/ Kone re: proposal for elevator maintenance |
| Mark Podgainy | Business Operations | 11/6/23 | 0.4 | $675.00 | $270.00 | Tele conv w/ Rob and Joe from Kone re: elevator proposal, a follow up to earlier call |
| Mark Podgainy | Business Operations | 11/7/23 | 0.2 | $675.00 | $135.00 | Correspondence w/ C Essig re: operational items that require follow up |
| Mark Podgainy | Business Operations | 11/7/23 | 0.1 | $675.00 | $67.50 | Correspondence w/ H Gross re: D&O insurance renewal |
| Mark Podgainy | Business Operations | 11/7/23 | 0.4 | $675.00 | $270.00 | Additional review of August and September CAM invoices |
| Mark Podgainy | Business Operations | 11/7/23 | 0.1 | $675.00 | $67.50 | Correspondence w/ S Bacchus re: 2024 budget status |
| Mark Podgainy | Business Operations | 11/8/23 | 0.3 | $675.00 | $202.50 | Call w/ S Bacchus re: elevator servicing, CAM invoices and life safety vendors |
| Mark Podgainy | Business Operations | 11/8/23 | 0.1 | $675.00 | $67.50 | Correspondence w/ Kone re: elevators to focus on |
| Mark Podgainy | Business Operations | 11/8/23 | 0.2 | $675.00 | $135.00 | Call .1 and correspondence .1 with Schindler re: today's site visit |
| Mark Podgainy | Business Operations | 11/8/23 | 0.1 | $675.00 | $67.50 | Correspondence w/ S Bacchus re call agenda for operational issues |
| Mark Podgainy | Business Operations | 11/9/23 | 0.2 | $675.00 | $135.00 | Correspondence w/ S Bacchus re: mediation expenses .1 and related review of documentation .1 |
| Mark Podgainy | Business Operations | 11/9/23 | 0.1 | $675.00 | $67.50 | Correspondence w/ H Topitz re: plan and timing for D&O renewal |
| Mark Podgainy | Business Operations | 11/10/23 | 0.8 | $675.00 | $540.00 | Contact various vendors re: inspection and testing of sprinklers, alarm and extinguishers, and arrange site visits |
| Mark Podgainy | Business Operations | 11/10/23 | 0.2 | $675.00 | $135.00 | Correspondence w/ N Toledano and P Kaszynski re: insurance renewal strategy, information needed, and related meeting |
| Mark Podgainy | Business Operations | 11/11/23 | 0.1 | $675.00 | $67.50 | Correspondence w/ C Essig and A Heymann re: insurance call |
| Mark Podgainy | Business Operations | 11/15/23 | 0.2 | $675.00 | $135.00 | Call w/ H Topitz re: D&O insurance options .1 and related correspondence .1 |
| Mark Podgainy | Business Operations | 11/15/23 | 0.3 | $675.00 | $202.50 | Review of insurance policy documentation .2 and related correspondence w/ H Topitz .1 |
| Mark Podgainy | Business Operations | 11/15/23 | 0.1 | $675.00 | $67.50 | Correspondence w/ fire extinguisher inspector re: site visit and related correspondence w/ S Bacchus |
| Mark Podgainy | Business Operations | 11/15/23 | 0.1 | $675.00 | $67.50 | Correspondence w/ Ironshore re: update on mold remediation |
| Mark Podgainy | Business Operations | 11/16/23 | 0.3 | $675.00 | $202.50 | Tele conv w/ S Bacchus re: CAM expenses and on-site visits in the next week |
| Mark Podgainy | Business Operations | 11/16/23 | 0.3 | $675.00 | $202.50 | Call w/ sprinkler and fire panel vendors re: site visits and estimates |
| Mark Podgainy | Business Operations | 11/16/23 | 0.3 | $675.00 | $202.50 | Call w/ K Aiello re: Oaktree agreement and shared building repairs |
| Mark Podgainy | Business Operations | 11/16/23 | 0.1 | $675.00 | $67.50 | Correspondence w/ vendor and S Bacchus re: scheduling site visit |
| Mark Podgainy | Business Operations | 11/16/23 | 0.9 | $675.00 | $607.50 | Group call with Marsh re: status of CAM insurance renewal .8 and related post-call correspondence .1 |
| Mark Podgainy | Business Operations | 11/17/23 | 0.1 | $675.00 | $67.50 | Correspondence w/ S Bacchus re: fire panel |
| Mark Podgainy | Business Operations | 11/17/23 | 0.2 | $675.00 | $135.00 | Arrange vendor site visits |
| Mark Podgainy | Business Operations | 11/17/23 | 0.4 | $675.00 | $270.00 | Tele convs with life safety vendors re: quotes and specifics regarding equipment |
| Mark Podgainy | Business Operations | 11/17/23 | 0.3 | $675.00 | $202.50 | Tele conv w/ K Aiello re: operational issues related to CAM charges |
| Mark Podgainy | Business Operations | 11/20/23 | 0.1 | $675.00 | $67.50 | Correspondence w/ P Kaszynski re: status of market response to insurance renewal |
| Mark Podgainy | Business Operations | 11/20/23 | 0.1 | $675.00 | $67.50 | Correspondence w/ C Essig and S Bacchus re: site visit |
| Mark Podgainy | Business Operations | 11/20/23 | 0.5 | $675.00 | $337.50 | Prepared and sent email to C Essig outlining D&O options .4 and related discussion w/ B Katz .1 |
| Mark Podgainy | Business Operations | 11/21/23 | 0.3 | $675.00 | $202.50 | Follow up correspondence w/ C Essig re: D&O and information request update |
| Mark Podgainy | Business Operations | 11/21/23 | 0.3 | $675.00 | $202.50 | Follow up correspondence w/ elevator vendors re: cost of servicing |
| Mark Podgainy | Business Operations | 11/21/23 | 0.1 | $675.00 | $67.50 | Follow up correspondence w/ S Bacchus re: CAM questions |
| Mark Podgainy | Business Operations | 11/22/23 | 0.1 | $675.00 | $67.50 | Correspondence w/ C Essig re: various operational issues |
| Mark Podgainy | Business Operations | 11/22/23 | 0.1 | $675.00 | $67.50 | Correspondence w/ H Topitz re: D&O renewal parameters |
| Mark Podgainy | Business Operations | 11/22/23 | 0.1 | $675.00 | $67.50 | Correspondence w/ elevator vendor re: proposal |
| Mark Podgainy | Business Operations | 11/27/23 | 0.1 | $675.00 | $67.50 | Correspondence w/ TEI re: elevator proposal |
| Mark Podgainy | Business Operations | 11/29/23 | 0.2 | $675.00 | $135.00 | Review of new Local law 11 proposal .1 and related correspondence w/ S Bacchus and C Essig .1 |
| Mark Podgainy | Business Operations | 11/30/23 | 0.5 | $675.00 | $337.50 | Correspondence w/ C Essig re: D&O insurance renewal .2 and related research .3 |
| Mark Podgainy | Business Operations | 11/30/23 | 0.3 | $675.00 | $202.50 | Call w/ P Kaszcynski and N Toledano re: questions about Millennium Condominium insurance coverage |
| Mark Podgainy | Business Operations | 11/30/23 | 0.1 | $675.00 | $67.50 | Call w/ A Heymann re: Millennium Condominium insurance renewal |
| Mark Podgainy | Business Operations | 11/30/23 | 0.6 | $675.00 | $405.00 | Correspondence w/ S Bacchus, P Kaszynski, and A Heymann re: Millennium Condominium insurance renewal |
| | **Business Operations Total** | | **12.2** | | **$8,235.00** | |
| Mark Podgainy | Cash Flow & Financial Projections | 11/1/23 | 0.1 | $675.00 | $67.50 | Final review of draft cash flow projection and send to B Katz and J Pasternak |
| Mark Podgainy | Cash Flow & Financial Projections | 11/1/23 | 0.3 | $675.00 | $202.50 | Discussion w/ B Katz re: draft cash flow projection |
| Mark Podgainy | Cash Flow & Financial Projections | 11/1/23 | 0.1 | $675.00 | $67.50 | Discussion w/ J Pasternak re: draft cash flow projection |
| Mark Podgainy | Cash Flow & Financial Projections | 11/2/23 | 0.1 | $675.00 | $67.50 | Correspondence w/ B Katz and J Pasternak re: draft cash flow forecast for rest of year |
| Mark Podgainy | Cash Flow & Financial Projections | 11/3/23 | 0.6 | $675.00 | $405.00 | Tele conv w/ B Katz and J Pasternak re: DIP budget draft .5, and related post-call discussion w/ J Pasternak .1 |

| Staff Member | Category | Date | Quantity | Bill Rate | Billable ($) | Notes |
|---|---|---|---|---|---|---|
| Mark Podgainy | Cash Flow & Financial Projections | 11/6/23 | 0.3 | $675.00 | $202.50 | Initial work to extend DIP budget through Q1 |
| Mark Podgainy | Cash Flow & Financial Projections | 11/7/23 | 1.2 | $675.00 | $810.00 | Completed extension of draft DIP budget through Q1 and sent to counsel and B Katz |
| Mark Podgainy | Cash Flow & Financial Projections | 11/9/23 | 0.2 | $675.00 | $135.00 | Modified draft DIP budget and sent to BPC lender |
| Mark Podgainy | Cash Flow & Financial Projections | 11/15/23 | 0.2 | $675.00 | $135.00 | Made initial changes to cash flow forecast based on discussion with C Essig |
| | **Cash Flow & Financial Projections Total** | | **3.1** | | **$2,092.50** | |
| Mark Podgainy | Cash Management/Analysis | 11/3/23 | 0.3 | $675.00 | $202.50 | Prepared payments and related recordkeeping |
| Mark Podgainy | Cash Management/Analysis | 11/5/23 | 0.1 | $675.00 | $67.50 | Review of BAK Advisors invoice for November |
| Mark Podgainy | Cash Management/Analysis | 11/6/23 | 0.1 | $675.00 | $67.50 | Wire confirmation call w/ EastWest Bank |
| Mark Podgainy | Cash Management/Analysis | 11/6/23 | 0.8 | $675.00 | $540.00 | Initial detailed review of August and September CAM invoices |
| Mark Podgainy | Cash Management/Analysis | 11/7/23 | 0.1 | $675.00 | $67.50 | Review of DHC October fee statement |
| Mark Podgainy | Cash Management/Analysis | 11/17/23 | 0.1 | $675.00 | $67.50 | Review of August CAM invoice support |
| | **Cash Management/Analysis Total** | | **1.5** | | **$1,012.50** | |
| Mark Podgainy | Court Hearing Prep and/or Appearance | 11/7/23 | 0.2 | $675.00 | $135.00 | Attended status conference |
| | **Court Hearing Prep and/or Appearance Total** | | **0.2** | | **$135.00** | |
| Mark Podgainy | Employment and Fee Applications | 11/27/23 | 0.8 | $675.00 | $540.00 | Prepared time detail and charts for the October Staffing Report |
| Mark Podgainy | Employment and Fee Applications | 11/28/23 | 0.3 | $675.00 | $202.50 | Prepare October staffing report narrative .2 and final review of charts for filing .1 |
| | **Employment and Fee Applications Total** | | **1.1** | | **$742.50** | |
| Mark Podgainy | Financing and Cash Collateral | 11/6/23 | 0.6 | $675.00 | $405.00 | Prep for .2 and tele conv w/ C Essig re: extension of DIP budget and related operational issues .4 |
| Mark Podgainy | Financing and Cash Collateral | 11/6/23 | 0.2 | $675.00 | $135.00 | Correspondence w/ B Katz re: DIP budget update .1 and related tele conv .1 |
| Mark Podgainy | Financing and Cash Collateral | 11/8/23 | 0.1 | $675.00 | $67.50 | Correspondence w/ B Katz and J Pasternak re: DIP budget |
| Mark Podgainy | Financing and Cash Collateral | 11/8/23 | 0.2 | $675.00 | $135.00 | Call .1 and correspondence .1 w/ J Pasternak re: extended DIP budget and related discussion w/ Herrick |
| Mark Podgainy | Financing and Cash Collateral | 11/11/23 | 0.1 | $675.00 | $67.50 | Correspondence w/ B Katz re: DIP budget |
| Mark Podgainy | Financing and Cash Collateral | 11/14/23 | 0.1 | $675.00 | $67.50 | Tele conv w/ B Katz re: DIP budget and extension of DIP |
| Mark Podgainy | Financing and Cash Collateral | 11/15/23 | 0.2 | $675.00 | $135.00 | Tele convs w/ B Katz .1 and J Pasternak .1 re: update on conversation with BPC DIP Lender re: DIP extension |
| Mark Podgainy | Financing and Cash Collateral | 11/15/23 | 0.5 | $675.00 | $337.50 | Tele conv w/ C Essig re: DIP extension and related budget |
| Mark Podgainy | Financing and Cash Collateral | 11/17/23 | 0.1 | $675.00 | $67.50 | Correspondence w/ C Essig re: CAM invoices |
| Mark Podgainy | Financing and Cash Collateral | 11/27/23 | 0.5 | $675.00 | $337.50 | Review of Herrick Q3 fee statement .2 and related discussions w/ J Pasternak .1 and S Smith .2 |
| Mark Podgainy | Financing and Cash Collateral | 11/27/23 | 0.1 | $675.00 | $67.50 | Prepare draft DIP draw |
| Mark Podgainy | Financing and Cash Collateral | 11/27/23 | 0.3 | $675.00 | $202.50 | Correspondence w/ C Essig re: proposed DIP draw and related issues |
| Mark Podgainy | Financing and Cash Collateral | 11/28/23 | 0.1 | $675.00 | $67.50 | Correspondence w/ C Essig re: documentation needed for DIP draw |
| Mark Podgainy | Financing and Cash Collateral | 11/29/23 | 0.1 | $675.00 | $67.50 | Call w/ B Katz re: extending the DIP |
| Mark Podgainy | Financing and Cash Collateral | 11/29/23 | 0.3 | $675.00 | $202.50 | Conf call w/ B Katz and J Pasternak re: extending the DIP and related issues .2 and related correspondence w/ S Smith .1 |
| Mark Podgainy | Financing and Cash Collateral | 11/30/23 | 0.2 | $675.00 | $135.00 | Tele conv w/ B Katz re: extending DIP and D&O insurance |
| Mark Podgainy | Financing and Cash Collateral | 11/30/23 | 0.1 | $675.00 | $67.50 | Tele conv w/ B Katz and J Pasternak re: DIP financing extension |
| | **Financing and Cash Collateral Total** | | **3.8** | | **$2,565.00** | |
| Jake Ringelstein | Reporting | 11/14/23 | 0.5 | $350.00 | $175.00 | Review of Urban Commons October financial statements with M. Podgainy |
| Jake Ringelstein | Reporting | 11/14/23 | 2.9 | $350.00 | $1,015.00 | Generation of October financial statements for the five Urban Commons entities |
| Mark Podgainy | Reporting | 11/14/23 | 0.5 | $675.00 | $337.50 | Meeting w/ J Ringelstein re: October financial statement drafts |
| Jake Ringelstein | Reporting | 11/15/23 | 0.8 | $350.00 | $280.00 | Review of complete October MOR drafts with M. Podgainy |
| Jake Ringelstein | Reporting | 11/15/23 | 0.6 | $350.00 | $210.00 | Revisions applied to October income statements and balance sheets based on discussion w/ M Podgainy |
| Mark Podgainy | Reporting | 11/15/23 | 0.8 | $675.00 | $540.00 | Meeting w/ J Ringelstein re: review of October MOR drafts |
| Jake Ringelstein | Reporting | 11/16/23 | 2.8 | $350.00 | $980.00 | Completed draft forms for the five Urban Commons entities |
| Jake Ringelstein | Reporting | 11/16/23 | 0.6 | $350.00 | $210.00 | Formatting October MOR income statement, balance sheet, and cash flow statement into PDFs for MOR reporting |
| Mark Podgainy | Reporting | 11/28/23 | 1.4 | $675.00 | $945.00 | Complete MOR forms for October for 5 debtors and send to counsel for filing |
| | **Reporting Total** | | **10.9** | | **$4,692.50** | |
| | **Grand Total** | | **32.8** | | **$19,475.00** | |

**Getzler Henrich & Associates LLC, 295 Madison Avenue, 20th Floor, New York, NY 10017**